# DECLARATIONS IN SUPPORT OF

RESPONSIVE BRIEF re [30] Order Directing Service, by Petitioner Daniel Ramirez Medina