## DECLARACION DE LUZ L.

YO, LUZ L., declaro lo siguiente:

1. Hago esta declaración basada en mi propio conocimiento personal y si me llaman a testificar, puedo y lo haría de la siguiente manera.

2. Soy la madre de Daniel Ramírez Medina. Antes de que Daniel se moviera a Washington al final del año pasado, Daniel vivía conmigo en mi casa en California central desde que llego a los Estados Unidos en el 2003.

3. Desde que Daniel llego a los Estados Unidos en el 2003, nunca ha salido del país. Él no viajo a México en el 2009.

4. La mayoría de la gente que conoce a Daniel lo describirían como tímido y calmado. A él no le gusta pelear o estar en conflicto con la gente. Cuando era un niño, si otros niños se burlaban de él, él trataba de quedarse callado y alejarse de la situación en vez de gritarles o herirlos. También es muy temeroso. Frecuentemente me decía que no le gustaba estar fuera después de las diez de la noche porque no tenia razón de estar fuera tan tarde.

5. Al crecer, Daniel fue acosado mucho por razones de su peso. Siempre ha estado un poco gordito, y los otros niños se burlaban de él por eso con frecuencia. Creo que el acoso es la razón por la cual no le gustaba ir a la escuela. Creo que era difícil para él ir a la escuela y tener que enfrentarse a eso todos los días. Como resultado, Daniel prefería quedarse en casa y pasar tiempo con familia.

6. Daniel nunca tuvo problemas disciplinarios cuando estaba en la escuela. La escuela nunca me llamo para decirme que estaba en problemas por cualquier razón. Que yo sepa, Daniel nunca ha sido suspendido o expulsado de la escuela.

7. Daniel dejo la preparatoria algún tiempo durante sus primeros dos años. En aquel tiempo, yo tenía problemas al tratar de llegar al fin de mes y Daniel quería ayudarme financieramente. Yo no quería que el se saliera de la escuela, y se me rompió el corazón al verlo dejar la escuela, pero él quería ayudar a nuestra familia. El regreso a la escuela de adultos para obtener su diploma, pero no pudo completar la escuela porque tenía que trabajar para apoyar a su hijo y a su familia.

8. Cuando Daniel cumplió 18 años, se puso un tatuaje en su brazo. Cuando el era menor de edad, me solía decir que quería un tatuaje porque le gustaba como se miraba, pero yo siempre estuve en contra de ello y le decía que no lo hiciera. El tatuaje dice, "La Paz, BCS" y tiene una estrella debajo de las letras. "BCS" son las iniciales de Baja California Sur, el lugar donde nació. Cuando vino a casa con el tatuaje le pregunte por que se puso ese tatuaje y me respondió que fue porque quería recordar de donde vino. Los Estados Unidos es casa para él, pero creo que solo quería recordar de donde vino. Cuando le pregunte porque se dibujo la estrella, dijo que la vio y le gustó como se veía. El tatuaje no tiene conexión con una pandilla para él. Tan solo representa donde nació. Es su único tatuaje.

9. Daniel no es parte de y nunca se ha asociado con pandillas. A Daniel no le gusta ni salir mucho o juntarse con mucha gente. Él es muy calmado y prefiere quedarse en casa con familia. Mi hijo es lo opuesto de una mala persona; él es muy noble y tiene un gran corazón. Si veía a alguien pidiendo dinero en la calle, el les daba el cambio que tenia y decía, "Tal vez hoy lo necesitan más que yo."

10. Daniel tiene un hijo, Daniel Jr., quien tiene tres años y es ciudadano Americano. Desde que nació Daniel Jr., mi hijo ha vivido por ese niño. Ayer, Daniel Jr. vio una foto de su papá en las noticias y empezó a gritar, "¡Papá! Papá, es mi papá!" Daniel Jr. extraña mucho a su papá.

11. Daniel se fue a Seattle, Washington a mediados de diciembre del 2016. Se fue porque pensaba que podía encontrar un trabajo que pagara mejor en Seattle, donde vive su hermano. Daniel quería encontrar un mejor trabajo para poder darle una vida mas estable a su hijo Daniel. Me dijo que quería ahorrar dinero para poder comprar una casa para nosotras y su hijo, para que nosotros tener un lugar pequeño podamos que llamar nuestro. Cuando se fue a Washington, su plan era buscar un trabajo y luego que yo y su hermana nos fuéramos con él, y llegar a un acuerdo con su ex novia para poder tener a su hijo un tiempo allá con él.

12. Mi hijo es gran padre, hermano, e hijo. Es una buena persona quien jamás le haría daño a alguien. No es un pandillero. Él necesita estar aquí, en casa, cerca de su hijo.

13. Tengo mucho miedo que lo manden a México. He escuchado que el pueblo de donde somos es muy peligroso ahora. Frecuentemente veo reportes que la violencia y el robo son muy comunes y hay muchas personas que han desaparecido y que son encontradas meses después, muertas. No quiero que me hijo viva con miedo por su vida.

Declaro bajo pena de perjurio bajo las leyes de los Estados Unidos de América que todo lo dicho es correcto y verdadero. Ejecutado el 16 de febrero del 2017 en Lindsay, California.

*Luz L.*

LUZ L.