# DECLARATION OF VIRIDIANA SARAHI CHABOLLA MENDOZA

I, VIRIDIANA SARAHI CHABOLLA MENDOZA, declare as follows:

1. I make this declaration based on my own personal knowledge and if called as a witness, I could and would testify to the following matters.

2. I hereby declare that I am fluent in Spanish and English. I have translated Luz L.'s declaration from Spanish to English. The translation is a true, accurate, and complete version of the original text to the best of my knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 16, 2017, in Lindsay, California.

*/s/ Viridiana Sarahi Chabolla Mendoza*

Viridiana Sarahi Chabolla Mendoza