The Hon. James P. Donohue
Chief Magistrate Judge

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

Daniel Ramirez Medina,

    Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN KELLY, Secretary of Homeland Security; NATHALIE ASHER, Director of the Seattle Field Office of U.S. Immigration and Customs Enforcement,

    Respondents.

CASE NO. 2:17-CV-00218-RSM-JPD

**DECLARATION OF EDWINA BARVOSA, PHD, IN SUPPORT OF PETITIONER'S RESPONSE BRIEF RE: COURT'S FEBRUARY 14, 2017, ORDER DIRECTING SERVICE, SETTING STATUS CONFERENCE, AND SETTING BRIEFING SCHEDULE**

-DECLARATION OF EDWINA BARVOSA, PHD

## DECLARATION OF EDWINA BARVOSA

I, Edwina Barvosa, declare as follows:

1. I am an Associate Professor of applied social and political theory at the University of California, Santa Barbara (UCSB) where I have been a research faculty member since 1998. I earned my PhD in political science from Harvard University and my MA in social and political science from Cambridge University in the United Kingdom.

2. I taught ethnic studies in the Department of Chicana and Chicano Studies at UCSB for fifteen years (1998-2014). Since 1989 my university teaching has included a focus on gender identities, sexual and gender diversity, including masculine identity formations. I currently teach in the department of Feminist Studies.

3. I am also a member of several professional associations including the Western Political Science Association, the American Political Science Association, and newly of the Society for Personality and Social Psychology. Last year I served as the President of the Latino Caucus of the American Political Science Association, an elected and national position.

4. I have served as an expert witness in cases involving gang injunctions or gang enhancements. Included in my experience is service as the sole expert witness in Santa Barbara Superior Court case in which the City of Santa Barbara sought a civil gang injunction. I provided expert testimony regarding gang identities and membership, scholarship on the efficacy of gang injunctions, and local crime statistics. I also spoke to the methodological weakness of the determinations used by SBPD regarding gang membership and the fitness of the proposed remedy to patterns of gang activity in Santa Barbara. In addition, I have testified as an expert regarding the identity-related harms of vague curfew provisions of gang-injunctions. I have also testified regarding the mistaken

assumptions employed by law enforcement when determining gang identity and the resulting errors.

5. Attached hereto as Exhibit A is my Curriculum Vitae, including list of my publications.

6. My declaration is based on a review of the U.S. Department of Homeland Security Record of Deportable/Inadmissible Alien for Daniel Ramirez Medina, Case 2:17-cv-00218-RSM-JPD, Dkt. No. 32-3. I understand that Mr. Ramirez Medina is recipient of Deferred Action for Childhood Arrivals (DACA).

7. Human beings have many types of social identities, as well as different kinds and degrees of social connection and interaction.[1] In this social complexity, people relate to others on many different footings. Moreover, because social ties can be many and varied, the identities held by one person are not presumed to be shared by everyone with whom that person interacts. This social complexity exists for adults as well as for youth.

8. In the case of Daniel Ramirez Medina, however, the DHS Report shows that enforcement personnel have interpreted Mr. Ramirez Medina as having confessed to gang membership because, they say, he self-reports having "hung out" with gang-involved persons in Southern California and with Mexican heritage youth in Washington State. This attribution of gang membership and identity to Mr. Ramirez Medina, however, is not borne out by the available evidence, nor by Mr. Ramirez Medina's statement as recorded.

9. Gangs are a ubiquitous aspect of the complex social terrain of many urban neighborhoods. As such, it is frequently difficult, if not effectively impossible, to avoid all social contact with gang members because local social networks are

---

[1] This is a foundational understanding in Western thought traceable especially to the work of David Hume and particularly elaborated by founding psychologist William James. *See* William James, *The Principles of Psychology*, ed. by Frederick. H. Burkhardt, Fredson Bowers, and Ignas K. Skrupskelis. Vol. 1, *The Works of William James*, New York: Harvard University Press, 1981. For full discussion of this intellectual history and the social and political significance of the multiple identities of the self, *see*, Edwina Barvosa, *Wealth of Selves: Multiple Identities, Mestiza Consciousness, and the Subject of Politics*, College Station, TX: Texas A&M University Press, 2008.

-DECLARATION OF EDWINA BARVOSA, PHD

structured also by childhood friendships, common school attendance, familial ties, sporting activities, and neighborhood social life.[2] Youth may hang out as friends, as neighbors, as schoolmates and not share a common gang identity or membership. For this reason, gang experts—police experts and scholars alike—commonly acknowledge that a given youth can have social connections with known gang members without themselves ever being active gang members.

10. In this case, there is no apparent evidence that Mr. Ramirez Medina has ever been a gang member himself. His reported admission that he has "hung out" with gang-involved youth does not suggest nor establish his own gang membership. His statement in the record is consistent with the finding required of his DACA status that he has never self-identified with a gang or been a member and active participant of a street gang.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this sixteenth day of February, 2017, in Santa Barbara, California.

By: _____
Edwina Barvosa, PhD

---

[2] For further discussion see: Vigil, James Diego (2002) *A Rainbow of Gangs: Street Cultures in the Mega-City.* Austin: University of Texas Press; Hagedorn, John (2008) *A World of Gangs: Armed Young Men and Gangsta Culture*; Minneapolis: University of Minnesota; Maxson, Cheryl, L., et al. (2014) *The Modern Gang Reader.* New York: Oxford University.

# Exhibit A

# Edwina Barvosa
**Curriculum Vitae**

Associate Professor of Applied Social and Political Theory
University of California, Santa Barbara
Department of Feminist Studies
4624 South Hall, 552 University Road
Santa Barbara, CA 93106-4120
Email: barvosa@femst.ucsb.edu

## EDUCATION

| | | |
|---|---|---|
| Harvard University | Ph.D. Political Science | 1998 |
| Cambridge University | MA/BA Social and Political Science | 1993 |
| Pomona College | BA Government | 1990 |

## APPOINTMENTS

| | |
|---|---|
| 2011-present | Associate Professor, Applied Social and Political Theory, Department of Feminist Studies, UC Santa Barbara |
| 2004-present | Associate Professor as Faculty Affiliate, Department of Political Science, UC Santa Barbara |
| 2006-2014 | Associate Professor, Social and Political Theory, Department of Chicana/o Studies, UC Santa Barbara (joint appointment with Feminist Studies 2011-14) |
| 2010-2016 | Affiliate Researcher, UCSB Center for Nanotechnology and Society |
| 1998-2006 | Assistant Professor, Social and Political Theory, Department of Chicana/o Studies, UC Santa Barbara |
| 1992-93 | Adjunct Lecturer in Macroeconomics, Cambridge Business College, Cambridge UK |

## AREAS OF SPECIALIZATION

*Interdisciplinary Background:* Political Science; applied social theory; intellectual history; Latino Politics & Gender Studies

*Specialization in Political Science & Constructivist Social Theory*: social construction of consciousness and group identities; social formation of self-contradictions and unconscious bias; effects of unconscious bias on resilient political conflicts; racial, ethnic, gender & other hierarchies; extremism in social & political systems; democratic theory, especially deliberative democracy; racial, ethnic, and gender politics; Latino politics & social justice movements

## FELLOWSHIPS, HONORS & AWARDS (Selected)

| | |
|---|---|
| Pearl Chase Research Grant | 2015-17 |
| UC Regents' Humanities Faculty Fellowship Award | 2014 |
| Excellence in Education Award, Student Life & Greek Affairs | 2013 |

| | |
|---|---|
| University of California Regents' Junior Faculty Fellowship | 2002 |
| Ford Foundation Minority Postdoctoral Fellowship, UCLA César Chávez Center | 2001 |
| Opening Convocation Faculty Address, UCSB | 2001 |
| Outstanding Faculty Award, UCSB Office of Residential Life | 2001 |
| Ford Foundation Minority Pre-doctoral Fellowship | 1991-94 |

## CURRENT RESEARCH

Implementing deliberative democracy: study of new forms of democratization & science governance *Book manuscript under review (invited revise & resubmit):* "Deliberative Democracy Now: US Public Engagement on LGBT Equality and the Emergence of Public Deliberative Systems." Under review, Cambridge University Press, anticipated publication 2017.

Unconscious bias shaping major social/political systems: especially in criminal justice & the suppressive policing of Black and Latino men and boys.
*Recent & Current Funding:* Pearl Chase Research Grant 2015-17, UCSB and University of California Regents' Humanities Faculty Fellowship 2014 *Book in-progress:* "Blind Spots and Broken Windows: Implicit Bias and Racial Inequality in Suppressive Policing."

## PUBLICATIONS

### Books

*Wealth of Selves: Multiple Identities, Mestiza Consciousness, and the Subject of Politics*. College Station, TX: Texas A&M University Press. 2008.

### Articles, Essays, & Book Chapters (Selected)

"Borderlands Identities" book chapter in *Routledge Companion to Feminist Philosophy*, Ann Garry, et al, eds. (Forthcoming 2017)

"Mapping Public Ambivalence in Public Engagement with Science: Implications for Democratizing the Governance of Fracking Technologies in the USA", *Journal of Environmental Sciences and Studies*, Vol 5, no. 4 (2015): 497-507.

"Unconscious Bias in the Suppressive Policing of Black and Latino Men and Boys: Neuroscience, Borderlands Theory, and the Policymaking Quest for Just Policing." *Politics Groups and Identities*, 2, no, 2 (2014): 260-283.

Symposium: "Comment on Ange-Marie Hancock's *Solidarity Politics for Millennials: A Guide to Ending the Oppression Olympics*," *Politics, Groups, and Identities*, Vol. 2, no. 1 (2014): 157-160.

"Intersectionality" *The Encyclopedia of Political Thought*, M. Gibbons, ed. Malden, MA: Blackwell Publishing, 2014, pp. 1900-1902.

Review Essay: "Reflections on Anzaldúa: *Bridging* and *The Anzaldúa Reader*" *Hypatia: A Journal of Feminist Philosophy,* Vol 28, no. 2 (2013): 377-382.

"Applying Latina Feminist Philosophical Approaches to the Self to Reinterpret Anti-Immigrant Politics in America." *American Philosophical Association Newsletter on Hispanic/Latino Issues in Philosophy* 11, no. 2 (2012): 16-21.

"Mestiza Consciousness in Relation to Sustained Political Solidarity: A Chicana Feminist Interpretation of the Farmworker Movement." *Aztlán*, 36, no. 2 (2011): 121-154.

Symposium: "Inner Contradiction to Immigration Quagmire: A Response to Rogers Smith." *Perspectives on Politics* 9, no. 3 (2011): 559-562.

"Living in a World Between: Multiple Identities and the Challenges Faced by First Generations Immigrants." In *The Changing Face of America*, edited by Valerie Martinez-Ebers and Manochehr Dorraj. New York: Oxford University Press. 2007.

"Mestiza Autonomy as Relational Autonomy: Ambivalence and the Social Character of Free Will." *Journal of Political Philosophy* 15, no. 1 (2007): 1-21.

"American Immigrants in American Conflict." *Georgetown Journal of International Affairs* 7, no. 2 (2006): 7-14.

"Multiple Identity." In *The New Dictionary of the History of Ideas*, Vol. 4, edited by Maryanne Cline Horowitz. New York: Charles Scribners & Sons, 2004.

"Politics and the U.S. Latina and Latino Religious Experience." In *Introduction to the U.S. Latina/o Religious Experience*, edited by Hector Avalos. London: Brill Academic Publishers, 2004.

"Strange Tempest: Agency, Poststructuralism, and the Shape of Feminist Politics to Come." *International Journal of Gender Studies* 6, no. 1-2 (2001): 123-137.; Reprinted in *Butler Matters: Judith Butler's Impact on Feminist and Queer Studies Since Gender Trouble*, edited by M. S. Breen and W. J. Blumenfeld. London: Ashgate, 2005, 173-188.

"Latina/o Identities: Social Diversity and U.S. Politics." Co-authored with Ronald Schmidt, Sr. and Rodolfo D. Torres.  *PS: Political Science and Politics* 33, no 3. (2000): 261-284.

"Breaking Silence: Developments in the Publication and Politics of Chicana Creative Writing, 1973-1998." In *Chicano Renaissance: Contemporary Cultural Trends,* edited by David Maciel, Isidro D. Ortiz, and María Herrera-Sobek. Tucson: University of Arizona Press, 2000, 261-284.

"Multiple Identity and Coalition Building: How Identity Differences Within Us Enable Radical Alliances Among Us." *Contemporary Justice Review* 2, no. 2 (1999): 111-126; Reprinted twice: "Multiple Identity and Coalition Building: How Identity Differences Within Us Enable Radical Alliances Among Us." In *Bridging Cultures: An Introduction to Chicano/Latino Studies*, edited by Mario T. Garcia. Dubuque, IA: Kendall/Hunt Publishers, 2000, and in *Forging Radical Alliances Across Differences: Coalition Politics for a New Millennium*, edited by Jill M. Bystydzienski and Steven P. Schacht. New York: Rowman & Littlefield Publishers, 2001, 21-33.

**Book Reviews**

Review, " Domestic Negotiations: Gender, Nation, and Self-Fashionings in US Mexicana and Chicana Literature and Art by Marcie McMahon. *Aztlán: A Journal of Chicano Studies*, Vol. 40, no. 2 (2015) 269-273 (in press).

Review, "*Mythohistorical Interventions: The Chicano Movement and Its Legacies* by Lee Bebout. *The Americas: A Quarterly Review of Latina American History,* Vol. 69, no. 3 (2013): 420-421.

Review, "*Making Americans: Immigration, Race, and the Origins of Diverse Democracy* by Desmond King." *American Political Science Review* 95, no. 2 (2001): 476.

Review, "*Decolonial Imaginary: Writing Chicanas into History* by Emma Pérez." *The Journal of American History* Vol. 88, no. 1 (2001): 278-279.


**Budgets & Grants History** (Selected)

| | |
|---|---|
| 2015-17 | UCSB ~ Pearl Chase Research Grant, "Local Racial Profiling Perspectives & Readiness for Prospective Remedies: Mapping the Contemporary Policing Ecology of Santa Barbara" $10,500 |
| 2014-15 | UCSB ~ NSF Center for Nanotechnology in Society (CNS) Seed Grant: "Theorizing the Underlying Cognitive Mechanisms of Upstream Public Deliberations: Neuroscience, Identity Formations & Unconscious Bias $42,000. |
| 2013-14 | UCSB ~ Center for Nanotechnology in Society (CNS), NSF Center Funded Interdisciplinary Research Group 3, "Theorizing Deliberative Democracy in the Context of New Technologies" affiliated research team $66,594. |
| 2012-13 | UCSB ~ Institute for Social, Behavior, and Economic Research, Social Science Research Grant Program, "Decentering Democracy: Rethinking Collective Will Formation in the Pursuit of Justice in Diverse Democracies."  PI  $7,626. |
| 2012-13 | UCSB Academic Senate; "Decentering Democracy: Identity, Multiplicity, and Justice in the Creation of Collective Will" PI  $2,560. |

*Other Grant History (selected):*

University of California, Chicano/Latino Research Grant. "Making Margins." 2008-2009.
University of California, Santa Barbara, Institute for Social, Behavioral, and Economic Research Grant. "Identifying with the Extreme." 2006-2007.
University of California, Academic Senate Council on Research Grant. "Identifying with the Extreme." 2006-2007.
University of California, Chicano/Latino Research Grant. "Mestiza Democracy: Latina Perspectives on Diverse Democracy." 2004-2005.
University of California, Santa Barbara, Faculty Career Development Award. *Wealth of Selves.* 2000-2001.

**Research Applied as an Expert Witness (Gang Injunction & Gang Enhancement Cases):**

*People of the State of California* and *City of Santa Barbara* (Plaintiff and Real
  Party in Interest) *v. Eastside and Westside et al.*; Case No. 1379826; May 2014; Called
  for the Defendants
*People of the State of California v. Christian Botello*, September 2014; Called for Defendant
*People of the State of California v. Felipe Alejandro Flores, Alejandro Peralta,
  and Gabriel Carbajal*, Case No. 140351; Called as consultant for Defendant Alejandro
  Peralta
*Rodriguez v. City of Los Angeles*, Case No. CV 11-01135 DMG (JEMx); Class Action, called for
  the Plaintiffs
*People of the State of California v. Townsend Street Criminal Street Gang et al.* Case No. 30-
  2014-00727728; called for the defendant Daniel Antunez

**Professional Memberships**

American Political Science Association
Western Political Science Association
Society for the Social Study of Science
Society for Personality and Social Psychology

**Special Appointments** (Selected)

| | | |
|---|---|---|
| 2015- present | President | Latino Caucus of the American Political Science Association (APSA) |
| 2013-15 | V. President | Latino Caucus of the American Political Science Association (APSA) |
| 2007-08 | President | Latino Caucus of the American Political Science Association (APSA) |
| 2006-08 | Co-Chair | Standing Committee on the Status of Latinos in the Profession WPSA (with Celeste Montoya) |
| 2004-07 | Liaison | Western Political Science Association Executive Council Liaison to the Status Committee on Latinos in the Profession & Liaison to Nominations |
| 2004-07 | Member | Executive Council, Western Political Science Association |
| 2002-04 | Co-Chair | American Political Science Association Standing Committee on the Status of Latinos in the Profession (with Michael Jones-Correa) |
| 2001-02 | Member | American Political Science Association Standing Committee on the Status of Latinos in the Profession |
| 1999-02 | Liaison | Ford Foundation Minority Fellowship, Regional Liaison |

**Professional Service** (Selected)

| | | |
|---|---|---|
| 2014-15 | Co-Chair | WPSA Annual Meeting Section: Race, Gender, and Intersectionality (w/Heath Fogg-Davis) |
| 2012-present | Member | Editorial Board, *Politics Groups and Identities* |
| 2009-2016 | Member | Editorial Board, *Perspectives on Politics* |
| 2010-11 | Chair | WPSA Annual Meeting Section: Political Theory and Political Problems |

| | | |
|---|---|---|
| 2009-10 | Chair | WPSA Annual Meeting Section: Race, Gender, and Intersectionality |
| 2008-09 | Chair | WPSA Annual Meeting Section: Intersectionality |
| 2008 | Member | APSA Search Committee, Editor *Perspectives on Politics* |
| 2007-8 | Chair | WPSA Annual Meeting Section: Gender and Politics |
| 2006-7 | Chair | WPSA Annual Meeting Section: Intersectionality |
| 2005-6 | Chair | MPSA Annual Meeting Section: Political Philosophy |
| 2005-6 | Chair | WPSA Annual Meeting Section: Political Theory (with Sharon Krause) |
| 1999 | Co-Chair | APSA Annual Meeting Section 1: Political Thought and Philosophy (with Richard Tuck) |
| 1999 | Co-Chair | Ford Minority Fellowship, Annual Meeting of Fellows, Conference & Planning Committee (with Sekazi Mtingwa) |

**University & UC Systemwide Service** (Selected)

| | | |
|---|---|---|
| 2014-15 | Chair | Systemwide Committee on Committees (UCoC) |
| 2013-14 | Vice Chair | Systemwide Committee on Committees (UCoC) |
| 2012-present | Chair | Committee on Committees, Academic Senate, UCSB |
| 2011-13 | Member | Systemwide Committee on Committees (UCoC) |
| 2010-12 | Member | Committee on Committees, Academic Senate, UCSB |
| 2007-09 | Member | Endowed Chair Search Committee, Chicana/o Studies, UCSB |

**Research Presentations** (Selected)

"Latino Youth Gang Identity Formations & the State: The Influence of Suppressive Policing on Latino Youth Identities" delivered at the Politics of Latino Identity Conference, Rice University, Houston Texas, December 4-5, 2015.

"Do (Some) Deliberative Democratic Systems Already Exist?: A Template for Assessing the Presence and Effectiveness of Large-Scale Deliberative Democratic Systems" Delivered at the Annual Meeting of the *Western Political Science Association*, Seattle, WA, 18 April 2014.

"Ambivalence as Asset: Mapping Meaning & Epistemic Diversity in Presentations: Upstream Public Engagement with Nanotechnology." Delivered at the Annual Meeting of the *Society for the Social Studies of Science*, Copenhagen, Denmark. 19 October 2012.

"Original Theft & American Senses of Self: Melancholia, Identity Contradiction, and the American Tradition of Anti-Immigrant Politics." Delivered at the Annual Meeting of the *Western Political Science Association*, San Antonio, TX. 22 April 2011.

"Mestiza Consciousness, Activism, and the Politics of Selfcraft." Chicana Studies Colloquium. Department of Chicana/o Studies, University of California, Santa Barbara, CA. 15 May 2010.

"Latina/o Political Thought: Exploring the Relationship Between Decentered Subjectivity, Coalition Building, and Sustained Political Solidarity." Delivered at the Annual Meeting of the *American Political Science Association*, Washington, DC. 2 September 2010.

"Identity Achievements: Accruing the Social Benefits of Integrated Schools." Delivered at the Annual Meeting of the *Midwest Political Science Association*, Chicago, IL. 22 April 2010.

"Reaping the Social Benefits of Integrated Schools: From Multiple Identities to Curriculum Strategies for Synergizing the Assets of Diverse School Composition." Delivered at the Annual Meeting of the *Western Political Science Association*, San Francisco, CA. 2 April 2010.
"Feminist Theory Workshop on *Wealth of Selves*." Western Political Science Association, Annual Feminist Theory Workshop, San Francisco, CA. 1 April 2010.

"Multiple Identity Theory and the Implementation of School Integration Policies in the Era of Voluntary Integration." Delivered at the 2009 Annual Meeting of the *American Political Science Association*, Toronto, ON. 5 September 2009.

"Wealth of Selves: Multiple Identities, Mestiza Consciousness, and the Subject of Politics." Identity Research Focus Group. University of California, Santa Barbara, CA. 16 April 2009.

"Intersectionality Influences on Identity Formation: Applications to Youth Gang Identification and Violence." Delivered at the Annual Meeting of the *Western Political Science Association*, Vancouver, BC. 19 March 2009.

"Author-Meets-Critics Panel: Edwina Barvosa's *Wealth of Selves: Multiple Identities, Mestiza Consciousness, and the Subject of Politics*." Annual Meeting of the *Western Political Science Association*, Vancouver, BC. 18 March 2009.

"Non-Assimilation in the National Interest." Delivered at the Annual Meeting of the *American Political Science Association*, Chicago, IL. 2 September 2007.

Invited Talk: "Non-Assimilation in the National Interest: Multiple Identities, Racism, and U.S. Immigration." Department of Political Science, University of California, Santa Barbara, CA. 23 January 2007.

"Multiple National Identities: Citizenship and Political Commitment in Transnational and Multicultural Contexts." Delivered at the Annual Meeting of the *Western Political Science Association*, Oakland, CA. 18 March 2005.

"Mestiza Autonomy as Relational Autonomy: Autonomy, Ambivalence, Integrity, and the Social Character of Free Will." Delivered at the Annual Meeting of the *American Political Science Association*, San Francisco, CA. 30 August 2001-3 September 2001.

"Chicanas and Latinas Reshaping Political Practice: Components and Changing Strategies." Delivered at the Annual Meeting of the *Western Political Science Association*, Las Vegas, NV. 15-17 March 2001.

"Sexuality, Body Politics, and the Contours of Gendered Agency." Delivered at the Annual Meeting of the *American Political Science Association*, Washington, DC. 3 September 2000.
"Multiple Identity and Practices of Democratic Citizenship: Influences on Political Judgment and Activism." Delivered at the Annual Meeting of the *Southwest Political Science Association*, San Antonio, TX. 31 March 1999 - 3 April 1999.

"Multiple Identity and Diverse Coalition Building by U.S. Latinas/os." Delivered at the Annual Meeting of the *Western Political Science Association*, Seattle, WA. 25-27 March 1999.

**Invited Talks:** (Selected)

*On Implicit Bias in the Justice System:*

"Implicit Bias in Policing and the Criminal Justice System," Elimination of Bias Minimum Continuing Legal Education (MCLE) for the Santa Barbara County Office of the Public Defender, Training Conference, February 13, 2017.

Sources of Implicit Bias & Strategies for Bias Mitigation in Justice System Contexts Elimination of Bias Minimum Continuing Legal Education (MCLE) for County Counsel of Santa Barbara August, 22, 2016

"Common Sources of Unconscious Bias & Strategies Toward Remedies in Justice System Contexts," Elimination of Bias Minimum Continuing Legal Education (MCLE) for the Santa Barbara County Bar Association, Bench and Bar Conference, January 23, 2016.

"Common Sources of Unconscious Bias & Strategies Toward Potential Remedies in Justice System Contexts," Elimination of Bias Minimum Continuing Legal Education (MCLE) for the Women Lawyers of Ventura County & Santa Barbara Women Lawyers, Carpinteria Women's Club, Carpinteria, CA, Wednesday June 3, 2015.

*Other Invited Talks:*

"Public Engagement on LGBT Civil Rights & Resolutions of Anti-Gay Bias: Lessons for Achieving Racial Justice," UCLA, Department of Political Science, October 30, 2015

"Success & Influence in an Age of Constraints."  W. E. B. Du Bois Day Keynote Address, UCSB Writing Program and Academic Communities for Excellence.  University of California, Santa Barbara, CA. 3 March 2011.

"Workshop on *Wealth of Selves.*"  Project for Equity, Representation, and Governance. Department of Political Science, Texas A & M University, College Station, TX. 5 February 2010.

"Diversity Within Us and the Elusiveness of Post-Racial America." Department of Political Science, University of North Texas, Denton, TX. 8 February 2010.

"Multiplicity Within & Paths to Immigrant Loyalty." Center for Mexican American Studies, University of Texas, Austin, TX.  8 February 2010.

"Feminist Theory Workshop on Edwina Barvosa's *Wealth of Selves: Multiple Identities, Mestiza Consciousness, and the Subject of Politics.*"  Pre-conference Workshop, Annual Meeting of the *Western Political Science Association*, Vancouver, BC. 17 March 2009.

"Mestizaje & Its Political Promise: Will Cultural Mestizaje Transform Citizenship or Renew the Status Quo?" Center for American Studies. University of Bordeaux III, Bordeaux, France. 18 May 2000.

**Other Presentations & Professional Activity** (Selected)

"Diversity Within Us and the Elusiveness of Post-Racial America." University of California, Santa Barbara, CA. 3 March 2010.

"Political Maturation of the U.S. Latino Community." Roundtable panelist. Annual Meeting of the *Western Political Science Association*, Vancouver, BC. 20 March 2009.

"Latinos, Race, and the 2008 Presidential Election." Roundtable panelist. Annual Meeting of the *American Political Science Association*, Boston, MA. 30 August 2008.

Meet-the-Author Panelist for *The Gospel of César Chávez* by Mario T. Garcia. Invited Discussant. Santa Barbara Public Library, 29 September 2007.

"Are We There Yet? People of Color and the Presidency." Invited panelist. Multicultural Center, University of California, Santa Barbara, CA. 24 May 2007.

"Immigration and U.S. Politics." Center for Chicana/o Studies Brown Bag Series. Multicultural Center, University of California, Santa Barbara, CA. 5 May 2006.

"May Day & the Recent Immigrant Rights Rallies." Invited panelist. University of California, Santa Barbara, CA. 27 April 2006.

"The 1965 Voting Rights Act in the Context of the 2000 and 2004 Elections and Why Women Historians Should Care." Berkshire Conference of Women Historians, Scripps College, Claremont, CA. 3 June 2005.

Meet-the-Author: Discussion of *Democracy and the Foreigner* by Bonnie Honig. Invited discussant. Feminist Theory Workshop, Annual Meeting of the *Western Political Science Association*, Oakland, CA. 16 March 2005.

"New Directions in Graduate Student Research in Latina/o Politics." Co-chair and panel discussant. Annual Meeting of the American Political Science Association, Chicago, IL. 1 September 2004.

"Policy, Political Theory, and Praxis in Latina/o Politics." Panel discussant. Annual Meeting of the *Western Political Science Association*, Portland, OR. 23 March 2004.

"Participation in the Public Sphere: Rethinking the Issue of Inclusion in Democratic Theory." Panelist. Annual Meeting of the *Western Political Science Association*, Long Beach, CA. 24 March 2002.

"Transnational Citizenship: Implications for Latina/o Politics." Roundtable panelist. Annual Meeting of the *Western Political Science Association*, Long Beach, CA. 23 March 2002.

"Junior Faculty of Color Speak to Graduate Students: What We Wish We Knew." Panelist. Annual Meeting of the *American Political Science Association*, San Francisco, CA. 30 August 2001 through 3 September 2001.

"A Conversation on Latino Politics Across Generations: Mario Berrera and Carlos Muñoz and Those Who Listened." Panelist. Annual Meeting of the *American Political Science Association*,

San Francisco, CA. 30 August 2001 through 3 September 2001.

"Latina Academics: Living and Teaching on the Borderlands." Panelist. Gender on the Borderlands Conference, St. Mary's University, San Antonio, TX.  3-5 July 2001.

"The Future of U.S.-Mexican Immigration Policy" by former Mexican Ambassador and Professor of Economics Cassio Luiselli Fernandez.  Panelist. U.S.-Mexico Symposium on the Immigration and Labor Policy Between Mexico and the U.S, University of California, Santa Barbara, CA. 20 November 2000.

"Impact of the Chicana/o and Latina/o Electorate in the Upcoming Election." Radio interview. Interviewed by Pedro Arroyo, KCBX, National Public Radio, San Luis Obispo. 15 October 2000.

"Roundtable on Future Directions in Latino Political Research." Roundtable panelist. Annual Meeting of the *American Political Science Association*, Atlanta, GA. 2-5 September 1999.

"Where Do We Go from Here?"  Moderator.  Anniversary Conference of El Plan de Santa Barbara, University of California, Santa Barbara, CA. 21 May 1999.

"Chicana/o Writing, Multiple Identity, and Changing Democratic Practices for the New Millennium." Chicana/o Studies Department Colloquium, University of California, Santa Barbara, CA. 20 February 1998.

"Multiple Identity and Political Possibility."  Annual Meeting of the *Ford Foundation Minority Fellows*, National Academy of Sciences, Washington, DC. 17-18 October 1997.

"Transformational Politics: Social Movements and the Postmodern Dilemma." Panel discussant. Annual Meeting of the *American Political Science Association*, Washington, DC. 28-31 August 1997.

"Mexican American Women's Writing: Learning from Contemporary Political Voices." Women's Studies Seminar Series, Massachusetts Institute of Technology, Cambridge, MA. 10 March 1997.

"Multiplicity of the Self: Reading Ancient Insights." Gender and Politics Colloquium, Harvard University, Cambridge, MA. 7 February 1997.

Workshop organizer and moderator for the Ford Foundation Diversity Fellows workshop on "Balancing Life and Career." Annual Meeting of the Ford Foundation Diversity Fellows. 2010.

Reviewer for the Dissertation Completion Fellowship of The Andrew W. Mellon Foundation/American Council of Learned Societies Early Career Fellowship Program. 2010-2011.

Workshop organizer and moderator for the Ford Foundation Diversity Fellows workshop on "Balancing Life and Career." Annual Meeting of the Ford Foundation Diversity Fellows. 2009.

Moderator/discussant, Annual Meeting of the *Society for Study of Gloria Anzaldúa*. 2009.

Workshop co-convener for the Annual Latino Politics Workshop.  Annual Meeting of the *Western Political Science Association*. 2009.

Workshop facilitator for the Ford Foundation Diversity Fellows workshop on "Professionalization and Grants Writing for Pre-Doctoral and Dissertation Fellows in the Social Sciences." Annual Meeting of the *Ford Foundation Diversity Fellows*. 2008.

Co-chair and organizer of the Latina/o Politics Workshop.  Annual Meeting of the *Western Political Science Association*. 2008.

Co-chair and organizer of the Latina/o Politics Workshop.  Annual Meeting of the Western Political Science Association. 2007.

Panel co-organizer, "New Directions in Graduate Student Research in Latina/o Politics," sponsored by the APSA Standing Committee on the Status of Latinos in the Profession. Annual Meeting of the *American Political Science Association*. 2004.

Panel co-organizer, "Alternative Perspectives on Autonomy." Annual Meeting of the *American Political Science Association*. 2001.

Panel organizer, "Gendered Political Agency: Forging Power, Encountering the State." Annual Meeting of the *American Political Science Association*. 2000.

Roundtable panelist. "Beginning Your Academic Appointment." Annual Meeting of the Mellon Foundation Minority Fellows. 2000.

Panelist. "Surviving the First Year." Mellon Foundation Annual Meeting of Predoctoral Fellows. 1999.

Workshop organizer, presenter, and chair for the Ford Foundation Minority Fellows workshop on "Making the Most of Graduate School." Annual Meeting of the *Ford Foundation Minority Fellows*. 1998.

Panel chair, "Political Participation: The Intersection of Race, Gender, and Other Identities." Annual Meeting of the *American Political Science Association*.  1998.

Conference co-organizer, "Politics and Identity Formation in Contemporary Europe." Center for European Studies, Harvard University. 1997.

**Academic Refereeing**

**Book Manuscripts:** Polity Press, Oxford University Press; Texas A & M University Press; University of Arizona Press; University of California Press; University of Minnesota Press; Vanderbilt University Press; University of New Mexico Press; Holt, Rinehart, & Winston; Lynne Reiner Publishers; Routledge.

**Article Manuscripts:** *Journal of Political Philosophy*; *Science, Technology, and Human Values; American Political Science Review; New Political Science; Aztlán: A Journal of Chicano Studies; Hypatia: A Journal of Feminist Philosophy; Signs: Journal of Women in Culture and Society; Feminist Studies; Latino Studies; Meridians: A Journal of Feminism, Race, & Transnationalism; Perspectives on Politics; Political Research Quarterly; Politics, Groups &*

*Identities.*

**Fellowship Applications:** American Council of Learned Societies; Ford Foundation Diversity Fellowship; UC-Mexus

**Teaching ~ University Courses Taught** (Selected)

| | |
|---|---|
| Introduction to Chicana Studies | CHST 1B  (enrollment 500+) |
| Democracy and Diversity | CHST 179 (cross-listed in Political Science) |
| Democratizing Gender | Freshman Seminar (Letters & Sciences) |
| Theories of Social Change | CHST 176 |
| Chicana/o Politics | CHST 164 |
| Chicana Feminisms | CHST 167 |
| Feminist Theories | FEMST 181 |
| Political Philosophy of César Chávez | CHST 193 |
| Graduate Seminar: Social Processes | CHST 200C |
| Graduate Seminar: Feminist Theories | FEMST 250 |
| Graduate Seminar: Reading Anzaldúa | CHST 223 |
| Graduate Seminar: Public Policy & Gender | FEMST 215 |

**Public Service & Community Engagement** (Selected)

2014-5 Co-Chair, Educational Outreach Committee, Social Justice Fund for Ventura County (with Karen McAuley)
2013-4 Member, Steering Committee, Social Justice Fund for Ventura County
2013    Keynote Speaker ,"Launching CommON-VC: An Online Networking Site for Social Justice Work in Ventura County" Ventura County Community Center, Camarillo, CA March 23.
2013    Member, Organizing Committee; Social Justice Fund for Ventura County (SJF) event "Social Justice in Practice," Ventura County Community Center, Camarillo, CA, March 23, 2013.
2010    Graduation Speaker, Santa Barbara Juvenile Drug Court, Santa Barbara Superior Court, #14, December 11, 2010.

**Other Departmental & University Service**  (Selected)

Member, Feminist Studies Departmental Search Committee, 2014-15
Member, LGBTQ Studies Committee, Department of Feminist Studies 2012-13
Coordinator of the Chicana/o Studies Departmental implementation of external review Recommendations, 2007-2009.
Faculty Advisor for the Chicana/o Studies Departmental Teaching Assistant Training Program. 2006-2008.
Chair, Chicana/o Studies Departmental Undergraduate Committee. 2006-2008.
Member, University Council on Research and Instructional Resources. 2002-2008.
Member, University Advisory Committee for the Center for Chicana/o Studies. 2006-2008.
Member, Chicana/o Studies Departmental Development Committee. 2004-2006.
Recruitment Program Speaker at the Chancellor's Regional Receptions in San Jose, Walnut Creek, Century City, and Los Angeles. 2000.
Member, University Liaison Committee for the Center for Chicana/o Studies. 2000 & 2001.
Member, University Rockefeller Grant Steering Committee, Ctr for Chicano Studies 2000-01.