The Hon. James P. Donohue
Chief Magistrate Judge

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

9

10

11

CASE NO. 2:17-CV-00218-RSM-JPD

12

Daniel Ramirez Medina,

13

          Petitioner,

**DECLARATION OF ETHAN D.**
**DETTMER IN SUPPORT OF**
**PETITIONER'S RESPONSE BRIEF RE:**
**COURT'S FEBRUARY 14, 2017, ORDER**
**DIRECTING SERVICE, SETTING**
**STATUS CONFERENCE, AND**
**SETTING BRIEFING SCHEDULE**

14

     v.

15

U.S. DEPARTMENT OF HOMELAND
SECURITY; JOHN KELLY, Secretary of
Homeland Security; NATHALIE ASHER,
Director of the Seattle Field Office of U.S.
Immigration and Customs Enforcement,

16

17

18

          Respondents.

19

20

21

22

23

24

25

26

27

28

Declaration of E. Dettmer
Case No. 2:17-cv-00218-RSM-JPD

Counsel listed on next page

Attorneys for Petitioner
PUBLIC COUNSEL
MARK D. ROSENBAUM (CA SBN 59940), *pro hac vice*
  mrosenbaum@publiccounsel.org
JUDY LONDON (CA SBN 149431), *pro hac vice*
  jlondon@publiccounsel.org
KATHRYN A. EIDMAN (CA SBN 268053), *pro hac vice*
  keidmann@publiccounsel.org
ANNE M. HUDSON-PRICE (CA SBN 295930), *pro hac vice*
  aprice@publiccounsel.org
ELIZABETH HADAWAY (CA SBN 308800), *pro hac vice*
  ehadaway@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089


GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. (CA SBN 132099), *pro hac vice*
  tboutrous@gibsondunn.com
KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*
  kmarquart@gibsondunn.com
JESSE S. GABRIEL (CA SBN 263137), *pro hac vice*
  jgabriel@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

ETHAN D. DETTMER (CA SBN 196046), *pro hac vice*
  edettmer@gibsondunn.com
555 Mission Street
San Francisco, CA  94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306


ERWIN CHEMERINSKY (DC SBN 289330; IL SBN 3122596), *pro hac vice*
  echemerinsky@law.uci.edu
University of California, Irvine School of Law
*Affiliation for identification purposes only
401 East Peltason Drive
Educ 1095
Irvine, California 92697
Telephone: (949) 824-7722


LAURENCE H. TRIBE (MA SBN 126736; CA SBN 039441), *pro hac vice*
  larry@tribelaw.com
Harvard Law School
*Affiliation for identification purposes only
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767

1  ELIZABETH HAWKINS (SBN 43187)
       ehawkins@hawkinsimmigration.com
2  Hawkins Law Group
   17544 Midvale Avenue, Suite 301
3  Shoreline, WA 98133
   Telephone: (206) 728-4220
4  Facsimile: (206) 973-5326

5

6  BARRERA LEGAL GROUP, PLLC
   LUIS CORTES ROMERO (CA SBN 310852), *pro hac vice*
       lcortes@barreralegal.com
7  JOHN C. BARRERA (SBN 47658), *pro hac vice*
       jbarrera@barreralegal.com
8  JOSE GARCIA (SBN 46518), *pro hac vice*
       jgarcia@barreralegal.com
9  19309 68th Avenue South, Suite R102
   Kent, WA 98032
10 Telephone: (253) 872-4730
   Facsimile: (253) 237-1591

11

12 NORTHWEST IMMIGRANTS RIGHTS PROJECT
   MATT ADAMS (SBN 28287)
13     matt@nwirp.org
   615 Second Ave., Suite 400
14 Seattle, WA 98104
   Telephone:  (206) 957-8611

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Ethan D. Dettmer, declare as follows:

1.  I am an attorney admitted to practice law *pro hac vice* before this Court.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing Daniel Ramirez Medina ("Mr. Ramirez") in this case.  I submit this declaration in support of Mr. Ramirez's Response to the Respondent's Brief re: Court's February 14, 2017, Order Directing Service, Setting Status Conference, and Setting Briefing Schedule.  The following facts are within my personal knowledge and, if called and sworn as a witness, I would testify competently to these facts.

2.  At about 9:30 in the morning on Monday, February 13, 2017, my colleague Mark Rosenbaum and I called Priscilla Chan, an Assistant United States Attorney in Seattle.  We left Ms. Chan a voice mail message informing her about the Petition for Writ of Habeas Corpus we had just filed, and requesting that she return our call.

3.  At approximately 4:00 p.m. that same day, Ms. Chan returned the phone message.  Mr. Rosenbaum and I told her that we had filed the case, explained the background to her and our expectation that Mr. Ramirez's detention was likely a mistake.  We asked that he be released from detention promptly.  Mr. Rosenbaum and I explained that Mr. Ramirez is a DACA holder, should not have been detained in the first place, and should be released right away.  Ms. Chan indicated that she had not yet seen the petition, so we offered to email it to her, and did so shortly thereafter.  We agreed with Ms. Chan that we would speak further at 1:30 p.m. the next day.

4.  At about 11:46 a.m. on Tuesday, February 14, 2017, we received an email from Ms. Chan informing us that the case had been "assigned to the DOJ's Office of Immigration Litigation ('OIL') in D.C."  She indicated that she would send us the contact information for the specific lawyer when that person was identified.

5.  Shortly before 5 p.m. on the same day, we were contacted by Jeffrey Robins, Assistant Director of OIL in Washington, D.C., telling us that he would be the lawyer responsible for this matter for the government.  We spoke with Mr. Robins at approximately 5:45 that evening, and explained to him that Mr. Ramirez is a DACA holder, that we expected his

1  detention was just a mistake, and that he should be released.  Mr. Robins responded by saying

2  that he would not be released, and that it is the government's position that Mr. Ramirez is

3  affiliated with a gang, and that the government had begun removal proceedings.

4  6.  Mr. Rosenbaum and I asked Mr. Robins what evidence he had that Mr. Ramirez was

5  affiliated with a gang.  Mr. Robins said that he understood that Mr. Ramirez has a tattoo.  We

6  asked what evidence Mr. Robins had that Mr. Ramirez's tattoo had anything to do with gangs,

7  and Mr. Robins said that he had none.  Though he was asked to provide it, Mr. Robins had no

8  other evidence in support of the claim that Mr. Ramirez was "affiliated" with a gang or was

9  ever in a gang.

10  7.  Mr. Robins also said during our call that Mr. Ramirez had received a "Notice to Appear"

11  while in detention.  We told him that we had not seen that document and, to our knowledge, it

12  had not been served on Mr. Ramirez.

13  8.  Mr. Rosenbaum and I concluded our call with Mr. Robins by asking that he please inform us

14  of any evidence other than the alleged confession and the alleged gang tattoo that DHS has or

15  develops in support of the conclusion that Mr. Ramirez is a gang member or has any gang

16  affiliation.

17

18  I declare under penalty of perjury under the laws of the United States and the State of

19  Washington that the foregoing is true and correct, and that I executed this Declaration on February

20  16, 2017 in San Francisco, California.

21

22  /s/            *Ethan D. Dettmer*

23  Ethan D. Dettmer

24

25

26

27

28