1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The Hon. James P. Donohue
Chief Magistrate Judge

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

Daniel Ramirez Medina,

          Petitioner,

        v.

U.S. DEPARTMENT OF HOMELAND
SECURITY; JOHN KELLY, Secretary of
Homeland Security; NATHALIE ASHER,
Director of the Seattle Field Office of U.S.
Immigration and Customs Enforcement,

          Respondents.

CASE NO. 2:17-CV-00218-RSM-JPD

**DECLARATION OF LUIS CORTES
ROMERO IN SUPPORT OF
PETITIONER'S RESPONSE BRIEF RE:
COURT'S FEBRUARY 14, 2017, ORDER
DIRECTING SERVICE, SETTING
STATUS CONFERENCE, AND
SETTING BRIEFING SCHEDULE**

Declaration of L. Cortes Romero
Case No. 2:17-cv-00218-RSM-JPD

Counsel listed on next page

Attorneys for Petitioner
PUBLIC COUNSEL
MARK D. ROSENBAUM (CA SBN 59940), *pro hac vice*
  mrosenbaum@publiccounsel.org
JUDY LONDON (CA SBN 149431), *pro hac vice*
  jlondon@publiccounsel.org
KATHRYN A. EIDMAN (CA SBN 268053), *pro hac vice*
  keidmann@publiccounsel.org
ANNE M. HUDSON-PRICE (CA SBN 295930), *pro hac vice*
  aprice@publiccounsel.org
ELIZABETH HADAWAY (CA SBN 308800), *pro hac vice*
  ehadaway@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089


GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. (CA SBN 132099), *pro hac vice*
  tboutrous@gibsondunn.com
KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*
  kmarquart@gibsondunn.com
JESSE S. GABRIEL (CA SBN 263137), *pro hac vice*
  jgabriel@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

ETHAN D. DETTMER (CA SBN 196046), *pro hac vice*
  edettmer@gibsondunn.com
555 Mission Street
San Francisco, CA  94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306


ERWIN CHEMERINSKY (DC SBN 289330; IL SBN 3122596), *pro hac vice*
  echemerinsky@law.uci.edu
University of California, Irvine School of Law
*\*Affiliation for identification purposes only*
401 East Peltason Drive
Educ 1095
Irvine, California 92697
Telephone: (949) 824-7722


LAURENCE H. TRIBE (MA SBN 126736; CA SBN 039441), *pro hac vice*
  larry@tribelaw.com
Harvard Law School
*\*Affiliation for identification purposes only*
1575 Massachusetts Avenue
Cambridge, Massachusetts 02138
Telephone: (617) 495-1767

Declaration of L. Cortes Romero
Case No. 2:17-cv-00218-RSM-JPD                                    Counsel listed on second page

1   ELIZABETH HAWKINS (SBN 43187)
       ehawkins@hawkinsimmigration.com
2   Hawkins Law Group
    17544 Midvale Avenue, Suite 301
3   Shoreline, WA 98133
    Telephone: (206) 728-4220
4   Facsimile: (206) 973-5326

5

    BARRERA LEGAL GROUP, PLLC
6   LUIS CORTES ROMERO (CA SBN 310852), *pro hac vice*
       lcortes@barreralegal.com
7   JOHN C. BARRERA (SBN 47658), *pro hac vice*
       jbarrera@barreralegal.com
8   JOSE GARCIA (SBN 46518), *pro hac vice*
       jgarcia@barreralegal.com
9   19309 68th Avenue South, Suite R102
    Kent, WA 98032
10  Telephone: (253) 872-4730
    Facsimile: (253) 237-1591

11

12  NORTHWEST IMMIGRANTS RIGHTS PROJECT
    MATT ADAMS (SBN 28287)
13     matt@nwirp.org
    615 Second Ave., Suite 400
14  Seattle, WA 98104
    Telephone:  (206) 957-8611

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

Declaration of L. Cortes Romero
Case No. 2:17-cv-00218-RSM-JPD                                    Counsel listed on second page

3

I, Luis Cortes Romero, declare as follows:

1.  I am an attorney admitted to practice law *pro hac vice* before this Court.  I am a managing attorney in the law firm of Barrera Legal Group, and I am one of the attorneys representing Daniel Ramirez Medina ("Mr. Ramirez") in this case.  I submit this declaration in support of Mr. Ramirez's Response to the Respondent's Brief re: Court's February 14, 2017, Order Directing Service, Setting Status Conference, and Setting Briefing Schedule.  The following facts are within my personal knowledge and, if called and sworn as a witness, I would testify competently to these facts.

2.  On Saturday, February 11, 2017, I began representing Mr. Ramirez in connection with his detention by U.S. Immigration and Customs Enforcement ("ICE").

3.  I visited Mr. Ramirez at the Northwest Detention Center, a private immigration prison operated on behalf of ICE, in Tacoma, Washington on February 11, February 12, February 14, and February 15, 2017.

4.  Each time I visited Mr. Ramirez, I signed in as a lawyer visiting Mr. Ramirez.

5.  Each time I visited Mr. Ramirez, he showed me or spoke to me about all the documents given to him since his arrest on February 10, 2017.  I have not seen a Notice to Appear, nor have I seen any other document related to removal proceedings.  I have also not seen any document relating to the termination of Mr. Ramirez's Deferred Action as a Childhood Arrival.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct, and that I executed this Declaration on February 16, 2017 in Seattle, Washington.

/s/        *Luis Cortes Romero*

Luis Cortes Romero