UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL RAMIREZ MEDINA,<br><br>Petitioner,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Respondents. | Case No. C17-218-RSM-JPD<br><br>ORDER DENYING REQUEST FOR IMMEDIATE HEARING ON CONDITIONAL RELEASE |

This matter comes before the Court upon the filing of petitioner's February 24, 2017 Request for Immediate Hearing on Conditional Release. Dkt. 49. Petitioner's request, Dkt. 49, is DENIED.

As explained in the Court's February 23, 2017 Minute Order, petitioner has already been granted an extremely expedited briefing schedule to address his federal habeas claims. Petitioner's federal habeas petition was filed only two weeks ago, on Monday, February 13, 2017. Dkt. 1. That same week, on Friday, February 17, 2017, the Court conducted an in-person status conference and considered petitioner's motion for immediate release from ongoing removal proceedings. Dkt. 40. The Court denied petitioner's motion for immediate release in order to defer the initial inquiry to an Immigration Judge while advising petitioner that this initial determination would not necessarily "set the pattern" for the future, but that the

ORDER - 1

Court needed to first determine whether it has jurisdiction over petitioner's claims. Dkt. 39 at 1.

The Court finds no basis to disturb the accelerated briefing schedule already set in this case to determine whether this Court has jurisdiction over petitioner's habeas claims. The Court will consider petitioner's arguments regarding immediate release from detention at the oral argument scheduled on **March 8, 2017**, when the Court has the benefit of the briefing by all the parties on the issue of jurisdiction.

The Clerk is directed to send a copy of this Order to counsel for the parties and to the Honorable Ricardo S. Martinez.

DATED this 27th day of February, 2017.

*/s/ James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 2