UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL RAMIREZ MEDINA,<br><br>            Petitioner,<br><br>   v.<br><br>U.S. DEPARTMENT OD HOMELAND SECURITY, *et al.*,<br><br>            Respondents. | Case No. C17-0218RSM<br><br>ORDER DIRECTING RESPONSE TO OBJECTIONS AND DECLINING ORAL ARGUMENT |

This matter comes before the Court on Petitioner's Objections to U.S. Magistrate Judge James Donohue's Report and Recommendation (R&R) to this Court, which was issued on March 14, 2017. Dkts. #64 and #66. Petitioner objects to the R&R to the extent that it recommends this Court deny Petitioner's Motion for Conditional Release. *Id.* Petitioner further notes that the directive in the R&R that he note any Objections for the third Friday after they are filed conflicts with Local Civil Rule 72(a), which states that Objections to R&Rs on non-dispositive motions should be noted for the same day. *Id.* Finally, Petitioner requests that this Court review his Objections on an expedited schedule and hold a hearing on his Objections no later than Monday, March 20, 2017. *Id.*

Having reviewed Petitioner's Objections and the remainder of this record, the Court hereby ORDERS:

ORDER
PAGE - 1

1. The Court SHALL RE-NOTE Petitioner's Objections for consideration on the same day they were filed (3/16/2017) pursuant to Local Civil Rule 72(a).

2. Respondents SHALL file a Response to those Objections no later than **Tuesday, March 21, 2017.** Such Response shall be limited to eight (8) pages in length. **No Reply shall be filed by Petitioner.**

3. It is not the Court's typical practice to hold oral argument on Objections to R&Rs, and the Court is not persuaded that it should do so in this matter. Accordingly, the Court declines Petitioner's request for any in-court hearing on his Objections, and the Court will consider the Objections and any Response on the briefs in due course.

4. Any Objections to the R&R regarding Respondents' Motion to Dismiss remain due no later than **March 28, 2017**, and shall continue to be noted for consideration for the third Friday after filing.

DATED this 17th day of March 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2