# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Daniel Ramirez Medina,<br><br>   Petitioner,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; JOHN KELLY, Secretary of Homeland Security; NATHALIE ASHER, Director of the Seattle Field Office of U.S. Immigration and Customs Enforcement; and LOWELL CLARK, Warden of the Northwest Detention Center,<br><br>   Respondents. | CASE NO. 2:17-CV-00218-RSM-JPD<br><br>**ORDER GRANTING UNOPPOSED EX PARTE MOTION TO CONTINUE DEADLINE** |

  This matter comes before the Court on Petitioner's April 7, 2017 Unopposed Ex Parte Motion to Continue Petitioner's Deadline to Respond to Respondents' Objections to the Report & Recommendation, Dkt. 73.  Upon consideration of Petitioner's motion and the record, IT IS ORDERED that:

  1. The Unopposed Ex Parte Motion to Continue Petitioner's Deadline to Respond to Respondents' Objections to the Report & Recommendation is GRANTED.

  2. Petitioner's deadline to respond to Respondents' Objections to the Report & Recommendation is continued to April 25, 2017.

Dated this 10 day of April, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Theodore J. Boutrous, Jr.
GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. (CA SBN 132099), *pro hac vice*
ETHAN D. DETTMER (CA SBN 196046), *pro hac vice*
KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*
JESSE S. GABRIEL (CA SBN 263137), *pro hac vice*

/s/ Mark D. Rosenbaum
PUBLIC COUNSEL
MARK D. ROSENBAUM (CA SBN 59940), *pro hac vice*
JUDY LONDON (CA SBN 149431), *pro hac vice*
KATHRYN A. EIDMANN (CA SBN 268053), *pro hac vice*
ANNE M. HUDSON-PRICE (CA SBN 295930), *pro hac vice*
ELIZABETH HADAWAY (CA SBN 308800), *pro hac vice*

/s/ Erwin Chemerinsky
ERWIN CHEMERINSKY (DC SBN 289330; IL SBN 3122596), *pro hac vice*
LEAH M. LITMAN (DC SBN 1016310), *pro hac vice*
University of California, Irvine School of Law
*Affiliation for identification purposes only

/s/ Laurence H. Tribe
LAURENCE H. TRIBE (MA SBN 126736; CA SBN 039441), *pro hac vice*
Harvard Law School
*Affiliation for identification purposes only

/s/ Luis Cortes Romero
BARRERA LEGAL GROUP, PLLC
LUIS CORTES ROMERO (CA SBN 310852), *pro hac vice*
JOHN C. BARRERA (SBN 47658), *pro hac vice*
JOSE GARCIA (SBN 46518), *pro hac vice*

Attorneys for Petitioner