# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Daniel Ramirez Medina,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MATTHEW E. HICKS, [UNKNOWN FIRST NAME] PETER, [UNKNOWN FIRST NAME] HERNANDEZ, and KATHLYN LAWRENCE, U.S. Immigration and Customs Enforcement Officers (in their individual capacities); and JOHN DOES 1-10 (in their individual capacities),<br><br>Defendants. | CASE NO. 2:17-CV-00218-RSM-JPD<br><br>**ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE REGARDING THE FEDERAL AGENCY DEFENDANTS' RESPONSE TO THE SECOND AMENDED COMPLAINT** |

ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE REGARDING THE FEDERAL AGENCY DEFENDANTS' RESPONSE TO THE SECOND AMENDED COMPLAINT
Case No. 2:17-cv-00218-RSM-JPD

Counsel Listed on Pages 2–3

Gibson, Dunn & Crutcher LLP

This matter comes before the Court on the stipulated motion brought by Plaintiff Daniel Ramirez Medina ("Plaintiff") and Defendants U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement, and U.S. Citizenship and Immigration Services (collectively, the "Federal Agency Defendants") on June 22, 2017. Dkt. #88.

Upon consideration of the stipulated motion and the record, IT IS ORDERED THAT:

1. The Federal Agency Defendants' motion to dismiss the Second Amended Complaint shall be filed no later than June 26, 2017, and noted for consideration on August 18, 2017.

2. Plaintiff's opposition to the Federal Agency Defendants' motion to dismiss shall be filed no later than August 7, 2017.

3. The Federal Agency Defendants' reply in support of their motion to dismiss shall be filed no later than August 18, 2017.

Dated this 26 day of June, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE REGARDING THE FEDERAL AGENCY DEFENDANTS' RESPONSE TO THE SECOND AMENDED COMPLAINT
Case No. 2:17-cv-00218-RSM-JPD

Counsel Listed on Pages 2–3

2

Presented by:

/s/ Theodore J. Boutrous, Jr.
GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. (CA SBN 132099), *pro hac vice*
ETHAN D. DETTMER (CA SBN 196046), *pro hac vice*
KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*
JESSE S. GABRIEL (CA SBN 263137), *pro hac vice*

/s/ Mark D. Rosenbaum
PUBLIC COUNSEL
MARK D. ROSENBAUM (CA SBN 59940), *pro hac vice*
JUDY LONDON (CA SBN 149431), *pro hac vice*
KATHRYN A. EIDMANN (CA SBN 268053), *pro hac vice*
ANNE M. HUDSON-PRICE (CA SBN 295930), *pro hac vice*
ELIZABETH HADAWAY (CA SBN 308800), *pro hac vice*

/s/ Erwin Chemerinsky
ERWIN CHEMERINSKY (DC SBN 289330; IL SBN 3122596), *pro hac vice*
LEAH M. LITMAN (DC SBN 1016310), *pro hac vice*
 llitman@law.uci.edu
University of California, Irvine School of Law
**Affiliation for identification purposes only*

/s/ Laurence H. Tribe
LAURENCE H. TRIBE (MA SBN 126736; CA SBN 039441), *pro hac vice*
Harvard Law School
**Affiliation for identification purposes only*

/s/ Luis Cortes Romero
BARRERA LEGAL GROUP, PLLC
LUIS CORTES ROMERO (CA SBN 310852), *pro hac vice*
JOHN C. BARRERA (SBN 47658), *pro hac vice*
JOSE GARCIA (SBN 46518), *pro hac vice*

**ATTORNEYS FOR PLAINTIFF**


CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director

/s/ Jeffrey S. Robins
JEFFREY S. ROBINS
Assistant Director
U.S. Department of Justice

ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE REGARDING THE FEDERAL AGENCY DEFENDANTS' RESPONSE TO THE SECOND AMENDED COMPLAINT
Case No. 2:17-cv-00218-RSM-JPD

Counsel Listed on Pages 2–3

2

| | |
|---|---|
| 1 | Civil Division |
| 2 | Office of Immigration Litigation<br>District Court Section |
| 3 | P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044 |
| 4 | Phone: (202) 616-1246<br>Fax: (202) 305-7000 |
| 5 | Email: jeffrey.robins@usdoj.gov |
| 6 | AARON S. GOLDSMITH |
| 7 | Senior Litigation Counsel |
| 8 | ***ATTORNEYS FOR FEDERAL AGENCY DEFENDANTS*** |

ORDER GRANTING STIPULATED MOTION TO
MODIFY BRIEFING SCHEDULE REGARDING THE
FEDERAL AGENCY DEFENDANTS' RESPONSE TO
THE SECOND AMENDED COMPLAINT
Case No. 2:17-cv-00218-RSM-JPD

Counsel Listed on Pages 2–3

Gibson, Dunn & Crutcher LLP