# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Daniel Ramirez Medina,<br><br>        Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MATTHEW E. HICKS, [UNKNOWN FIRST NAME] PETER, [UNKNOWN FIRST NAME] HERNANDEZ, and KATHLYN LAWRENCE, U.S. Immigration and Customs Enforcement Officers (in their individual capacities); and JOHN DOES 1-10 (in their individual capacities),<br><br>        Defendants. | CASE NO. C17-218 RSM<br><br>**ORDER GRANTING<br>MOTION TO EXTEND DEADLINE FOR LANCE HERNANDEZ TO RESPOND TO THE SECOND AMENDED COMPLAINT** |

THIS MATTER comes before the Court on the stipulated motion brought by Defendant Lance Hernandez, together with Plaintiff Daniel Ramirez Medina, on July 5, 2017. Dkt. #95.

Upon consideration of the stipulated motion and the record, IT IS ORDERED THAT:

1. The request by Defendant Lance Hernandez to extend his time to answer or otherwise respond to the Second Amended Complaint is GRANTED.

2. Defendant Lance Hernandez, as sued in his individual capacity, shall have until August, 10, 2017, to answer or otherwise respond to the Second Amended Complaint.

Dated this 5th of July 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

CHAD A. READLER
Acting Assistant Attorney General
Civil Division
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

/s/ Sarah E. Whitman
SARAH E. WHITMAN
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0089
Facsimile: (202) 616-4314
Email: Sarah.Whitman@usdoj.gov

***COUNSEL FOR DEFENDANT LANCE HERNANDEZ***

/s/ Theodore J. Boutrous, Jr.
GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. (CA SBN 132099), *pro hac vice*
ETHAN D. DETTMER (CA SBN 196046), *pro hac vice*
KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*
JESSE S. GABRIEL (CA SBN 263137), *pro hac vice*

/s/ Mark D. Rosenbaum
PUBLIC COUNSEL
MARK D. ROSENBAUM (CA SBN 59940), *pro hac vice*
JUDY LONDON (CA SBN 149431), *pro hac vice*
KATHRYN A. EIDMANN (CA SBN 268053), *pro hac vice*
ANNE M. HUDSON-PRICE (CA SBN 295930), *pro hac vice*
ELIZABETH HADAWAY (CA SBN 308800), *pro hac vice*

/s/ Erwin Chemerinsky
ERWIN CHEMERINSKY (DC SBN 289330; IL SBN 3122596), *pro hac vice*
LEAH M. LITMAN (DC SBN 1016310), *pro hac vice*
University of California, Irvine School of Law
\**Affiliation for identification purposes only*

/s/ Laurence H. Tribe
LAURENCE H. TRIBE (MA SBN 126736; CA SBN 039441), *pro hac vice*
Harvard Law School
\**Affiliation for identification purposes only*

/s/ Luis Cortes Romero
BARRERA LEGAL GROUP, PLLC
LUIS CORTES ROMERO (CA SBN 310852), *pro hac vice*
JOHN C. BARRERA (SBN 47658), *pro hac vice*
JOSE GARCIA (SBN 46518), *pro hac vice*

**COUNSEL FOR PLAINTIFF**

ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINE
FOR HERNANDEZ TO RESPOND
Case No. 2:17-cv-00218-RSM-JPD

Counsel Listed on Pages 3-4