1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL RAMIREZ MEDINA,

                 Petitioner,

     v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

                 Respondents.

CASE NO.  C17-218 RSM

ORDER DENYING PARTIES'
PROPOSED PROTECTIVE ORDER

THIS MATTER comes before the Court on the parties' Stipulated Motion for Protective

Order.  Dkt. #100.  The Court has reviewed the proposed Protective Order and objects to the

following proposals by the parties:

- this Stipulated Protective Order satisfies the parties' meet-and-confer requirements

  with respect to sealing documents containing the Confidential Information

  identified in paragraph 2 of this Stipulated Protective Order;

- If the Court denies any motion to seal filed by either side, the document will remain

  under seal, but will not be considered by the Court, unless a redacted version of the

  document is subsequently filed or was contemporaneously filed with the document

  under seal; and

ORDER - 1

1      • In the event that either party files a motion, opposition, or reply under seal, the

2          provisions of LCR 5(g)(5) shall apply, except that parties shall have seven days

3          from the date of their under-seal filing to file the redacted versions required under

4          that rule.

5   Dkt. #100 at 4-7.  The Court finds these terms to be inconsistent with the Court's accepted practices

6   regarding motions to seal (LCR 5), inconsistent with proposed section 6.3 of the Protective Order,

7   and inconsistent with the standards governing motions to seal.

8          Accordingly, the Court DENIES the parties' Stipulated Motion for Protective Order (Dkt.

9   #100).

10          Nothing in this Order precludes the parties from filing a subsequent motion for a Protective

11   Order once these deficiencies have been addressed.

12          DATED this 14th day of July, 2017.

13

14

15          RICARDO S. MARTINEZ
           CHIEF UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

ORDER - 2