The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Daniel Ramirez Medina,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MATTHEW E. HICKS, [UNKNOWN FIRST NAME] PETER, [UNKNOWN FIRST NAME] HERNANDEZ, and KATHLYN LAWRENCE, U.S. Immigration and Customs Enforcement Officers (in their individual capacities); and JOHN DOES 1-10 (in their individual capacities),<br><br>　　　　　Defendants. | CASE NO. 2:17-CV-00218-RSM-JPD<br><br>**STIPULATED MOTION TO EXTEND AND CONSOLIDATE TIME TO RESPOND AND TO MODIFY BRIEFING SCHEDULE FOR INDIVIDUAL DEFENDANTS' RESPONSE TO THE SECOND AMENDED COMPLAINT**<br><br>Noted for Consideration: July 20, 2017 |

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch

MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

SARAH E. WHITMAN
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0089
Facsimile: (202) 616-4314
Email: Sarah.Whitman@usdoj.gov

***ATTORNEY FOR DEFENDANTS
MATTHEW HICKS, TAULA PETER,
LANCE HERNANDEZ, AND KATHLYN LAWRENCE,
AS SUED IN THEIR INDIVIDUAL CAPACITIES***

PUBLIC COUNSEL
MARK D. ROSENBAUM (CA SBN 59940), *pro hac vice*
  mrosenbaum@publiccounsel.org
JUDY LONDON (CA SBN 149431), *pro hac vice*
  jlondon@publiccounsel.org
KATHRYN A. EIDMANN (CA SBN 268053), *pro hac vice*
  keidmann@publiccounsel.org
ANNE M. HUDSON-PRICE (CA SBN 295930), *pro hac vice*
  aprice@publiccounsel.org
ELIZABETH HADAWAY (CA SBN 308800), *pro hac vice*
  ehadaway@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089


GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. (CA SBN 132099), *pro hac vice*
  tboutrous@gibsondunn.com
KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*
  kmarquart@gibsondunn.com
JESSE S. GABRIEL (CA SBN 263137), *pro hac vice*
  jgabriel@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520


ETHAN D. DETTMER (CA SBN 196046), *pro hac vice*
  edettmer@gibsondunn.com
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306


ERWIN CHEMERINSKY (DC SBN 289330; IL SBN 3122596), *pro hac vice*
  echemerinsky@law.uci.edu
LEAH M. LITMAN (DC SBN 1016310), *pro hac vice*
  llitman@law.uci.edu
University of California, Irvine School of Law
*Affiliation for identification purposes only
401 East Peltason Drive
Educ 1095
Irvine, CA 92697
Telephone: (949) 824-7722

LAURENCE H. TRIBE (MA SBN 126736; CA SBN 039441), *pro hac vice*
  larry@tribelaw.com
Harvard Law School
*Affiliation for identification purposes only*
1575 Massachusetts Avenue
Cambridge, MA 02138
Telephone: (617) 495-1767


ELIZABETH HAWKINS (SBN 43187)
  ehawkins@hawkinsimmigration.com
Hawkins Law Group
17544 Midvale Avenue, Suite 301
Shoreline, WA 98133
Telephone: (206) 728-4220
Facsimile: (206) 973-5326


BARRERA LEGAL GROUP, PLLC
LUIS CORTES ROMERO (CA SBN 310852), *pro hac vice*
  lcortes@barreralegal.com
JOHN C. BARRERA (SBN 47658), *pro hac vice*
  jbarrera@barreralegal.com
JOSE GARCIA (SBN 46518), *pro hac vice*
  jgarcia@barreralegal.com
19309 68th Avenue South, Suite R102
Kent, WA 98032
Telephone: (253) 872-4730
Facsimile: (253) 237-1591


NORTHWEST IMMIGRANT RIGHTS PROJECT
MATT ADAMS (SBN 28287)
   matt@nwirp.org
615 Second Ave., Suite 400
Seattle, WA 98104
Telephone:  (206) 957-8611

***COUNSEL FOR PLAINTIFF***

Defendants Matthew Hicks, Lance Hernandez, Taula Peter, and Kathlyn Lawrence, as sued in their individual capacities (collectively, "Individual Defendants"), together with Plaintiff Daniel Ramirez Medina, jointly stipulate as follows:

(1) The deadline for Defendants Taula Peter, Matthew Hicks, and Kathlyn Lawrence, as sued in their individual capacities, to answer or otherwise respond to Second Amended Complaint is July 31, 2017.

(2) The deadline for Defendant Lance Hernandez, as sued in his individual capacity, to answer or otherwise respond to the Second Amended Complaint is August 10, 2017.

(3) Plaintiff has asserted four separate constitutional claims against each of the Individual Defendants. The Individual Defendants intend to file motions to dismiss all of the claims asserted against each of them.

(4) The undersigned counsel have conferred and in an effort to avoid *seriatim* response dates and two overlapping briefing schedules, counsel propose that the deadlines to respond to the Second Amended Complaint for all four Individual Defendants be consolidated to one date: August 10, 2017.

(5) Counsel have further conferred and in an effort to avoid the submission of four separate sets of motions and opposition briefs, to reduce duplicative motion papers, and to adequately address all claims and defenses, also agree to consolidate the Individual Defendants' motions to dismiss and plaintiff's oppositions thereto to one single brief and further to modify the briefing schedule and page limits for such motions as described below:

(6) The Individual Defendants' motion to dismiss the Second Amended Complaint shall be filed no later than August 10, 2017, and shall be noted for consideration on October 13, 2017. One brief will be filed on behalf of all four Individual Defendants and will be no longer than 48 pages.

(7)     Plaintiff's opposition to the Individual Defendants' motion to dismiss shall be filed no later than September 25, 2017.  One opposition will be filed on behalf of Plaintiff and will be no longer than 48 pages.

(8)     The Individual Defendants' reply in support of their motion to dismiss shall be filed no later than October 10, 2017.  One reply will be filed and will be no longer than 24 pages.

The parties jointly request that the Court enter the attached proposed order to that effect.

DATED:  July 20, 2017

Seattle, Washington

                        Respectfully submitted,

                        CHAD A. READLER
                        Acting Assistant Attorney General
                        Civil Division

                        C. SALVATORE D'ALESSIO, JR.
                        Acting Director, Torts Branch

                        MARY HAMPTON MASON
                        Senior Trial Counsel, Torts Branch

                        /s/ Sarah E. Whitman
                        SARAH E. WHITMAN
                        Trial Attorney
                        Torts Branch, Civil Division
                        United States Department of Justice
                        P.O. Box 7146, Ben Franklin Station
                        Washington, D.C. 20044
                        Telephone: (202) 616-0089
                        Facsimile: (202) 616-4314
                        Email: Sarah.Whitman@usdoj.gov

                        ***ATTORNEY FOR DEFENDANTS***
                        ***MATTHEW HICKS, TAULA PETER,***
                        ***LANCE HERNANDEZ, AND KATHLYN LAWRENCE,***
                        ***AS SUED IN THEIR INDIVIDUAL CAPACITIES***

1
2
3
4
5       /s/ Theodore J. Boutrous, Jr.
        GIBSON, DUNN & CRUTCHER LLP
6       THEODORE J. BOUTROUS, JR. (CA SBN 132099), *pro hac vice*
        ETHAN D. DETTMER (CA SBN 196046), *pro hac vice*
7       KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*
        JESSE S. GABRIEL (CA SBN 263137), *pro hac vice*
8       /s/ Mark D. Rosenbaum
        PUBLIC COUNSEL
9       MARK D. ROSENBAUM (CA SBN 59940), *pro hac vice*
        JUDY LONDON (CA SBN 149431), *pro hac vice*
10      KATHRYN A. EIDMANN (CA SBN 268053), *pro hac vice*
        ANNE M. HUDSON-PRICE (CA SBN 295930), *pro hac vice*
11      ELIZABETH HADAWAY (CA SBN 308800), *pro hac vice*
12      /s/ Erwin Chemerinsky
        ERWIN CHEMERINSKY (DC SBN 289330; IL SBN 3122596), *pro hac
13      vice*
        LEAH M. LITMAN (DC SBN 1016310), *pro hac vice*
14      University of California, Irvine School of Law
        *Affiliation for identification purposes only*
15
        /s/ Laurence H. Tribe
16      LAURENCE H. TRIBE (MA SBN 126736; CA SBN 039441), *pro hac vice*
        Harvard Law School
17      *Affiliation for identification purposes only*
18      /s/ Luis Cortes Romero
        BARRERA LEGAL GROUP, PLLC
19      LUIS CORTES ROMERO (CA SBN 310852), *pro hac vice*
        JOHN C. BARRERA (SBN 47658), *pro hac vice*
20      JOSE GARCIA (SBN 46518), *pro hac vice*
21      **COUNSEL FOR PLAINTIFF**
22
23
24
25
26
27
28

Stipulated Motion to Extend and Consolidate                Counsel Listed on Pages I-III
Briefing Schedule
Case No. 2:17-cv-00218-RSM-JPD

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document should automatically be served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                /s/ Sarah E. Whitman
                                                Sarah E. Whitman
                                                Trial Attorney
                                                U.S. Department of Justice