| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| Daniel Ramirez Medina, | CASE NO. 2:17-CV-00218-RSM |
| Plaintiff, | **ORDER GRANTING MOTION TO EXTEND AND CONSOLIDATE TIME TO RESPOND AND TO MODIFY BRIEFING SCHEDULE FOR INDIVIDUAL DEFENDANTS' RESPONSE TO THE SECOND AMENDED COMPLAINT** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MATTHEW E. HICKS, [UNKNOWN FIRST NAME] PETER, [UNKNOWN FIRST NAME] HERNANDEZ, and KATHLYN LAWRENCE, U.S. Immigration and Customs Enforcement Officers (in their individual capacities); and JOHN DOES 1-10 (in their individual capacities), | |
| Defendants. | |

THIS MATTER comes before the Court on the stipulated motion brought by defendants Matthew Hicks, Taula Peter, Lance Hernandez, and Kathlyn Lawrence, as sued in their individual capacities ("Individual Defendants"), and Plaintiff Daniel Ramirez Medina ("Plaintiff") on July 20, 2017. Dkt. #104.

Upon consideration of the stipulated motion and the record, IT IS ORDERED THAT:

1. All Individual Defendants shall file one consolidated response to the Second Amended Complaint no later than August 10, 2017, and noted for consideration on October 13, 2017. The consolidated motion to dismiss may be no longer than 48 pages.

2. Plaintiff's opposition to the Individual Defendants' motion to dismiss shall be filed no later than September 25, 2017. The consolidated opposition to the motion to dismiss may be no longer than 48 pages.

3. The Individual Defendants' reply in support of their motion to dismiss shall be filed no later than October 10, 2017. The consolidated reply may be no longer than 24 pages.

Dated this 21st of July, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

CHAD A. READLER
Acting Assistant Attorney General
Civil Division
C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch
MARY HAMPTON MASON
Senior Trial Counsel, Torts Branch

/s/ Sarah E. Whitman
SARAH E. WHITMAN
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0089
Facsimile: (202) 616-4314
Email: Sarah.Whitman@usdoj.gov

***ATTORNEY FOR DEFENDANTS
MATTHEW HICKS, TAULA PETER,
LANCE HERNANDEZ, AND KATHLYN LAWRENCE,
AS SUED IN THEIR INDIVIDUAL CAPACITIES***


/s/ Theodore J. Boutrous, Jr.
GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. (CA SBN 132099), *pro hac vice*
ETHAN D. DETTMER (CA SBN 196046), *pro hac vice*
KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*
JESSE S. GABRIEL (CA SBN 263137), *pro hac vice*

/s/ Mark D. Rosenbaum
PUBLIC COUNSEL
MARK D. ROSENBAUM (CA SBN 59940), *pro hac vice*
JUDY LONDON (CA SBN 149431), *pro hac vice*
KATHRYN A. EIDMANN (CA SBN 268053), *pro hac vice*
ANNE M. HUDSON-PRICE (CA SBN 295930), *pro hac vice*
ELIZABETH HADAWAY (CA SBN 308800), *pro hac vice*

/s/ Erwin Chemerinsky
ERWIN CHEMERINSKY (DC SBN 289330; IL SBN 3122596), *pro hac vice*
LEAH M. LITMAN (DC SBN 1016310), *pro hac vice*

ORDER GRANTING STIPULATED
MOTION TO EXTEND AND CONSOLIDATE BRIEFING          Counsel Listed on Pages 3-4
Case No. 2:17-cv-00218-RSM-JPD

University of California, Irvine School of Law
*Affiliation for identification purposes only*

/s/ Laurence H. Tribe
LAURENCE H. TRIBE (MA SBN 126736; CA SBN 039441), *pro hac vice*
Harvard Law School
*Affiliation for identification purposes only*

/s/ Luis Cortes Romero
BARRERA LEGAL GROUP, PLLC
LUIS CORTES ROMERO (CA SBN 310852), *pro hac vice*
JOHN C. BARRERA (SBN 47658), *pro hac vice*
JOSE GARCIA (SBN 46518), *pro hac vice*

**COUNSEL FOR PLAINTIFF**

ORDER GRANTING STIPULATED
MOTION TO EXTEND AND CONSOLIDATE BRIEFING         Counsel Listed on Pages 3-4
Case No. 2:17-cv-00218-RSM-JPD