UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Daniel Ramirez Medina,<br><br>              Plaintiff,<br><br>              v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MATTHEW E. HICKS, [UNKNOWN FIRST NAME] PETER, [UNKNOWN FIRST NAME] HERNANDEZ, and KATHLYN LAWRENCE, U.S. Immigration and Customs Enforcement Officers (in their individual capacities); and JOHN DOES 1-10 (in their individual capacities),<br><br>              Defendants. | CASE NO. 2:17-CV-00218-RSM<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO EXTEND TIME TO SERVE THE DOE DEFENDANTS** |

Gibson, Dunn & Crutcher LLP

Case No. 2:17-cv-00218-RSM

This matter comes before the Court on Plaintiff Daniel Ramirez Medina's Ex Parte Motion to Extend Time to Serve the Doe Defendants. Dkt. #106. Upon consideration of the motion and the record, the Court finds good cause to extend the time for Plaintiff to serve the Second Amended Complaint on the Doe Defendants. IT IS ORDERED THAT:

The time for Plaintiff to serve the Second Amended Complaint on the Doe Defendants is extended by 60 days.

Dated this 24 day of July 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PRESENTED BY:

/s/ Theodore J. Boutrous, Jr.
GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. (CA SBN 132099), *pro hac vice*
ETHAN D. DETTMER (CA SBN 196046), *pro hac vice*
KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*
JESSE S. GABRIEL (CA SBN 263137), *pro hac vice*

/s/ Mark D. Rosenbaum
PUBLIC COUNSEL
MARK D. ROSENBAUM (CA SBN 59940), *pro hac vice*
JUDY LONDON (CA SBN 149431), *pro hac vice*
KATHRYN A. EIDMANN (CA SBN 268053), *pro hac vice*
ANNE M. HUDSON-PRICE (CA SBN 295930), *pro hac vice*
ELIZABETH HADAWAY (CA SBN 308800), *pro hac vice*

Attorneys for Plaintiff