**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| Daniel Ramirez Medina, | CASE NO. 2:17-CV-00218-RSM-JPD |
| Plaintiff, | **PLAINTIFF'S RULE 41(A)(1)(A)(I) NOTICE OF DISMISSAL OF CLAIMS AGAINST INDIVIDUAL DEFENDANTS** |
| v. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MATTHEW E. HICKS, [UNKNOWN FIRST NAME] PETER, [UNKNOWN FIRST NAME] HERNANDEZ, and KATHLYN LAWRENCE, U.S. Immigration and Customs Enforcement Officers (in their individual capacities); and JOHN DOES 1-10 (in their individual capacities), | |
| Defendants. | |

PLAINTIFF'S RULE 41(A)(1)(A)(I)
NOTICE OF DISMISSAL OF CLAIMS
AGAINST INDIVIDUAL DEFENDANTS
Case No. 2:17-cv-00218-RSM-JPD

Counsel Listed on Pages I–II

Gibson, Dunn &
Crutcher LLP

Attorneys for Plaintiff:
PUBLIC COUNSEL
MARK D. ROSENBAUM (CA SBN 59940), *pro hac vice*
  mrosenbaum@publiccounsel.org
JUDY LONDON (CA SBN 149431), *pro hac vice*
  jlondon@publiccounsel.org
KATHRYN A. EIDMANN (CA SBN 268053), *pro hac vice*
  keidmann@publiccounsel.org
ANNE M. HUDSON-PRICE (CA SBN 295930), *pro hac vice*
  aprice@publiccounsel.org
ELIZABETH HADAWAY (CA SBN 308800), *pro hac vice*
  ehadaway@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089


GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. (CA SBN 132099), *pro hac vice*
  tboutrous@gibsondunn.com
KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*
  kmarquart@gibsondunn.com
JESSE S. GABRIEL (CA SBN 263137), *pro hac vice*
  jgabriel@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520


ETHAN D. DETTMER (CA SBN 196046), *pro hac vice*
  edettmer@gibsondunn.com
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306


ERWIN CHEMERINSKY (DC SBN 289330; IL SBN 3122596), *pro hac vice*
  echemerinsky@law.uci.edu
LEAH M. LITMAN (DC SBN 1016310), *pro hac vice*
  llitman@law.uci.edu
University of California, Irvine School of Law
*Affiliation for identification purposes only*
401 East Peltason Drive
Educ 1095
Irvine, CA 92697
Telephone: (949) 824-7722

PLAINTIFF'S RULE 41(A)(1)(A)(I)                           Counsel Listed on Pages I–II
NOTICE OF DISMISSAL OF CLAIMS
AGAINST INDIVIDUAL DEFENDANTS
Case No. 2:17-cv-00218-RSM-JPD

Gibson, Dunn &
Crutcher LLP

I

1  LAURENCE H. TRIBE (MA SBN 126736; CA SBN 039441), *pro hac vice*
    larry@tribelaw.com
2  Harvard Law School
   *Affiliation for identification purposes only*
3  1575 Massachusetts Avenue
   Cambridge, MA 02138
4  Telephone: (617) 495-1767

5

   ELIZABETH HAWKINS (SBN 43187)
6    ehawkins@hawkinsimmigration.com
   Hawkins Law Group
7  17544 Midvale Avenue, Suite 301
   Shoreline, WA 98133
8  Telephone: (206) 728-4220
   Facsimile: (206) 973-5326
9

10 BARRERA LEGAL GROUP, PLLC
   LUIS CORTES ROMERO (CA SBN 310852), *pro hac vice*
11   lcortes@barreralegal.com
   JOHN C. BARRERA (SBN 47658), *pro hac vice*
12   jbarrera@barreralegal.com
   JOSE GARCIA (SBN 46518), *pro hac vice*
13   jgarcia@barreralegal.com
   19309 68th Avenue South, Suite R102
14 Kent, WA 98032
   Telephone: (253) 872-4730
15 Facsimile: (253) 237-1591

16

   NORTHWEST IMMIGRANT RIGHTS PROJECT
17 MATT ADAMS (SBN 28287)
    matt@nwirp.org
18 615 Second Ave., Suite 400
   Seattle, WA 98104
19 Telephone:  (206) 957-8611

20

21

22

23

24

25

26

27

28

PLAINTIFF'S RULE 41(A)(1)(A)(I)                                   Counsel Listed on Pages I–II
NOTICE OF DISMISSAL OF CLAIMS
Gibson, Dunn &   AGAINST INDIVIDUAL DEFENDANTS
Crutcher LLP     Case No. 2:17-cv-00218-RSM-JPD

                                II

1      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Daniel Ramirez Medina hereby dismisses

2   without prejudice all his claims against the Individual Defendants (Matthew Hicks, Lance Hernandez,

3   Taula Peter, Kathlyn Lawrence, and Does 1-10).

4      This notice is effective upon filing "without a court order."  Fed. R. Civ. P. 41(a)(1)(A).

5      Plaintiff also respectfully notes that the Motion to Dismiss filed by the Federal Agency

6

7   Defendants is unaffected by this filing.  *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir.

8   1997).  That motion has been fully briefed and is ripe for decision.

9

10  DATED: September 20, 2017

11  Seattle, Washington

12

13                          Respectfully submitted,

14                          /s/ Theodore J. Boutrous, Jr.
                            GIBSON, DUNN & CRUTCHER LLP
15                          THEODORE J. BOUTROUS, JR. (CA SBN 132099), pro hac vice
                            ETHAN D. DETTMER (CA SBN 196046), pro hac vice
16                          KATHERINE M. MARQUART (CA SBN 248043), pro hac vice
                            JESSE S. GABRIEL (CA SBN 263137), pro hac vice
17

18                          /s/ Mark D. Rosenbaum
                            PUBLIC COUNSEL
19                          MARK D. ROSENBAUM (CA SBN 59940), pro hac vice
                            JUDY LONDON (CA SBN 149431), pro hac vice
20                          KATHRYN A. EIDMANN (CA SBN 268053), pro hac vice
                            ANNE M. HUDSON-PRICE (CA SBN 295930), pro hac vice
21                          ELIZABETH HADAWAY (CA SBN 308800), pro hac vice

22

23                          /s/ Erwin Chemerinsky
                            ERWIN CHEMERINSKY (DC SBN 289330; IL SBN 3122596), pro hac vice
24                          LEAH M. LITMAN (DC SBN 1016310), pro hac vice
                            University of California, Irvine School of Law
25                          *Affiliation for identification purposes only

26

27

28

PLAINTIFF'S RULE 41(A)(1)(A)(I)                                          Counsel Listed on Pages I–II
NOTICE OF DISMISSAL OF CLAIMS
Gibson, Dunn &    AGAINST INDIVIDUAL DEFENDANTS
Crutcher LLP      Case No. 2:17-cv-00218-RSM-JPD

1

/s/ Laurence H. Tribe
LAURENCE H. TRIBE (MA SBN 126736; CA SBN 039441), pro hac vice
Harvard Law School
*Affiliation for identification purposes only

/s/ Luis Cortes Romero
BARRERA LEGAL GROUP, PLLC
LUIS CORTES ROMERO (CA SBN 310852), pro hac vice
JOHN C. BARRERA (SBN 47658), pro hac vice
JOSE GARCIA (SBN 46518), pro hac vice

*COUNSEL FOR PLAINTIFF*

PLAINTIFF'S RULE 41(A)(1)(A)(I)                                           Counsel Listed on Pages I–II
NOTICE OF DISMISSAL OF CLAIMS
AGAINST INDIVIDUAL DEFENDANTS
Case No. 2:17-cv-00218-RSM-JPD

2

# CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document should automatically be served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Theodore J. Boutrous, Jr.

PLAINTIFF'S RULE 41(A)(1)(A)(I)
NOTICE OF DISMISSAL OF CLAIMS
AGAINST INDIVIDUAL DEFENDANTS
Case No. 2:17-cv-00218-RSM-JPD

Counsel Listed on Pages I–II

Gibson, Dunn & Crutcher LLP

3