Honorable Chief Judge Ricardo S. Martinez

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9    Daniel Ramirez Medina,                    Case No. 2:15-cv-00813-JLR

10            Plaintiff,                        **STIPULATION AND [PROPOSED]**
                                                **ORDER EXTENDING DEADLINE FOR**
11        v.                                    **FEDERAL AGENCY DEFENDANTS TO**
                                                **ANSWER PLAINTIFF'S SECOND**
12   U.S. DEPARTMENT OF HOMELAND                **AMENDED COMPLAINT**
     SECURITY; U.S. IMMIGRATION AND
13   CUSTOMS ENFORCEMENT; U.S.                  Noted for Consideration on
     CITIZENSHIP AND IMMIGRATION                November 22, 2017
14   SERVICES; MATTHEW E. HICKS,
     [UNKNOWN FIRST NAME] PETER,
15   [UNKNOWN FIRST NAME] HERNANDEZ,
     and KATHLYN LAWRENCE, U.S.
16   Immigration and Customs Enforcement
     Officers (in their individual capacities); and
17   JOHN DOES 1-10 (in their individual
     capacities),
18
19
20            Defendants.

21

22        Pursuant to the Federal Rules of Civil Procedure, Defendants must answer Plaintiff's

23   Second Amended Complaint ("SAC") on or before November 22, 2017. Due the length and

     complexity of the allegations of the SAC, Defendants will require additional time to answer.
24
          Accordingly, the parties to the above-referenced action, by and through their undersigned
25
     counsel of record, hereby respectfully STIPULATE, AGREE, and JOINTLY REQUEST the
26
     Court extend Defendants' deadline to answer Plaintiff's Second Amended Complaint fourteen
27
     days, to December 6, 2017.
28

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 598-2446

DATED: November 22, 2017

CHAD A. READLER
Principal Deputy Assistant
Attorney General

WILLIAM C. PEACHEY
 Director

*/s/ Jeffrey S. Robins*
JEFFREY S. ROBINS
Assistant Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 616-1246
Fax: (202) 305-7000
Email: jeffrey.robins@usdoj.gov

Attorneys for the Federal Agency
Defendants

Respectfully submitted,

*/s/ Theodore J. Boutrous, Jr.*
GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. (CA SBN
132099), pro hac vice
ETHAN D. DETTMER (CA SBN 196046), pro hac
vice
KATHERINE M. MARQUART (CA SBN
248043), pro hac vice
JESSE S. GABRIEL (CA SBN 263137), pro hac
vice

*/s/ Mark D. Rosenbaum*
PUBLIC COUNSEL
MARK D. ROSENBAUM (CA SBN 59940), pro
hac vice
JUDY LONDON (CA SBN 149431), pro hac vice
KATHRYN A. EIDMANN (CA SBN 268053), pro
hac vice
ANNE M. HUDSON-PRICE (CA SBN 295930),
pro hac vice
ELIZABETH HADAWAY (CA SBN 308800), pro
hac vice

*/s/ Erwin Chemerinsky*
ERWIN CHEMERINSKY (DC SBN 289330; IL
SBN 3122596), pro hac vice
LEAH M. LITMAN (DC SBN 1016310), pro hac
vice
University of California, Irvine School of Law
*Affiliation for identification purposes only

*/s/ Laurence H. Tribe*
LAURENCE H. TRIBE (MA SBN 126736; CA
SBN 039441), pro hac vice
Harvard Law School
*Affiliation for identification purposes only

*/s/ Luis Cortes Romero*
BARRERA LEGAL GROUP, PLLC
LUIS CORTES ROMERO (CA SBN 310852), pro
hac vice
JOHN C. BARRERA (SBN 47658), pro hac vice
JOSE GARCIA (SBN 46518), pro hac vice

Stipulation and Proposed Order
Case No. 2:17-CV-218-RSM-JPD                    -1-

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 598-2446

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 22, 2017, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document should automatically be served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF

*/s/ Jeffrey S. Robins*

JEFFREY S. ROBINS
Assistant Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section

Stipulation and Proposed Order
Case No. 2:17-CV-218-RSM-JPD          -2-

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 598-2446

Honorable Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Daniel Ramirez Medina,

    Plaintiff,

    v.

U.S. DEPARTMENT OF HOMELAND
SECURITY; U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT; U.S.
CITIZENSHIP AND IMMIGRATION
SERVICES; MATTHEW E. HICKS,
[UNKNOWN FIRST NAME] PETER,
[UNKNOWN FIRST NAME] HERNANDEZ,
and KATHLYN LAWRENCE, U.S.
Immigration and Customs Enforcement
Officers (in their individual capacities); and
JOHN DOES 1-10 (in their individual
capacities),

    Defendants.

Case No. 2:15-cv-00813-JLR

**[PROPOSED] ORDER EXTENDING
DEADLINE FOR FEDERAL AGENCY
DEFENDANTS TO ANSWER
PLAINTIFF'S SECOND AMENDED
COMPLAINT**

Noted for Consideration on
November 22, 2017

[Proposed] ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED.

Defendants' deadline to answer Plaintiff's Second Amended Complaint is extended

fourteen days, to December 6, 2017.

Dated this _____ day of November, 2017.

_____
The Honorable Ricardo S. Martinez
United States District Judge

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 598-2446