UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Daniel Ramirez Medina,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MATTHEW E. HICKS, [UNKNOWN FIRST NAME] PETER, [UNKNOWN FIRST NAME] HERNANDEZ, and KATHLYN LAWRENCE, U.S. Immigration and Customs Enforcement Officers (in their individual capacities); and JOHN DOES 1-10 (in their individual capacities),<br><br>    Defendants. | Case No. 2:17-cv-00218-RSM<br><br>**ORDER EXTENDING DEADLINE FOR FEDERAL AGENCY DEFENDANTS TO ANSWER PLAINTIFF'S SECOND AMENDED COMPLAINT** |

ORDER

The parties having so stipulated and agreed, it is hereby SO ORDERED.

Defendants' deadline to answer Plaintiff's Second Amended Complaint is extended fourteen days, to December 12, 2017.

Dated this 28 day of November, 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 598-2446