The Honorable Ricardo S. Martinez<br>Chief United States District Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| Daniel Ramirez Medina,<br><br>              Plaintiff,<br><br>              v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>              Defendants. | CASE NO. 2:17-CV-00218-RSM-JPD<br><br>**NOTICE OF WITHDRAWAL OF JESSE S. GABRIEL AS COUNSEL FOR PLAINTIFF** |

Attorneys for Plaintiff:
PUBLIC COUNSEL
MARK D. ROSENBAUM (CA SBN 59940), *pro hac vice*
  mrosenbaum@publiccounsel.org
JUDY LONDON (CA SBN 149431), *pro hac vice*
  jlondon@publiccounsel.org
KATHRYN A. EIDMANN (CA SBN 268053), *pro hac vice*
  keidmann@publiccounsel.org
ANNE M. HUDSON-PRICE (CA SBN 295930), *pro hac vice*
  aprice@publiccounsel.org
ELIZABETH HADAWAY (CA SBN 308800), *pro hac vice*
  ehadaway@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089


GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. (CA SBN 132099), *pro hac vice*
  tboutrous@gibsondunn.com
KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*
  kmarquart@gibsondunn.com
NATHANIEL L. BACH (CA SBN 246518), *pro hac vice*
  nbach@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520


ETHAN D. DETTMER (CA SBN 196046), *pro hac vice*
  edettmer@gibsondunn.com
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306


ERWIN CHEMERINSKY (DC SBN 289330; IL SBN 3122596), *pro hac vice*
  echemerinsky@law.berkeley.edu
University of California, Berkeley, School of Law
\**Affiliation for identification purposes only*
215 Boalt Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

| | |
|---|---|
| 1 | LEAH M. LITMAN (DC SBN 1016310), *pro hac vice* |
|  |   llitman@law.uci.edu |
| 2 | University of California, Irvine School of Law |
|  | *\*Affiliation for identification purposes only* |
| 3 | 401 East Peltason Drive, Educ 1095 |
|  | Irvine, CA 92697 |
| 4 | Telephone: (949) 824-7722 |
| 5 | |
|  | LAURENCE H. TRIBE (MA SBN 126736; CA SBN 039441), *pro hac vice* |
| 6 |   larry@tribelaw.com |
|  | Harvard Law School |
| 7 | *\*Affiliation for identification purposes only* |
|  | 1575 Massachusetts Avenue |
| 8 | Cambridge, MA 02138 |
|  | Telephone: (617) 495-1767 |
| 9 | |
| 10 | ELIZABETH HAWKINS (SBN 43187) |
|  |   ehawkins@hawkinsimmigration.com |
| 11 | Hawkins Law Group |
|  | 17544 Midvale Avenue, Suite 301 |
| 12 | Shoreline, WA 98133 |
|  | Telephone: (206) 728-4220 |
| 13 | Facsimile: (206) 973-5326 |
| 14 | |
| 15 | LUIS CORTES ROMERO (CA SBN 310852), *pro hac vice* |
|  |   lcortes@ia-lc.com |
|  | Immigrant Advocacy & Litigation Center, PLLC |
| 16 | 19309 68th Avenue South, Suite R-102 |
|  | Kent, WA 98032 |
| 17 | Telephone: (253) 872-4730 |
|  | Facsimile: (253) 237-1591 |
| 18 | |
| 19 | NORTHWEST IMMIGRANT RIGHTS PROJECT |
|  | MATT ADAMS (SBN 28287) |
| 20 |   matt@nwirp.org |
|  | 615 Second Ave., Suite 400 |
| 21 | Seattle, WA 98104 |
|  | Telephone:  (206) 957-8611 |

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 83.2(b)(3), attorney Jesse S. Gabriel, formerly an associate at Gibson, Dunn & Crutcher LLP, hereby withdraws his appearance as counsel for Plaintiff Daniel Ramirez Medina in the above-captioned action and respectfully requests that his name be removed from the Court's electronic mail and ECF notice lists and counsel's service list. Plaintiff will continue to be represented by the other attorneys who have filed appearances in this case.

DATED: August 30, 2018
Seattle, Washington

Respectfully submitted,

 /s/ *Theodore J. Boutrous, Jr.*
GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. (CA SBN 132099), *pro hac vice*
ETHAN D. DETTMER (CA SBN 196046), *pro hac vice*
KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*
NATHANIEL L. BACH (CA SBN 246518), *pro hac vice*

*Attorneys for Plaintiff*


 /s/ *Jesse S. Gabriel*
JESSE S. GABRIEL

# CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document should automatically be served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

      /s/ *Theodore J. Boutrous, Jr.*