The Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANIEL RAMIREZ MEDINA,<br>　　　　Plaintiff,<br>　v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>　　　　Defendants. | Case No. 2:17-cv-00218-RSM-JPD<br><br>**NOTICE OF FILING SUPPLEMENTAL PAPER OR PHYSICAL MATERIALS WITH THE CLERK** |

Defendants hereby serve notice that, pursuant to this Court's Order of September 4, 2018 [ECF No. 136], true and complete copies of the documents ordered to supplement the Administrative Record are being filed with the Clerk's Office for the Western District of Washington in paper form only. The items will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington. These files supplement the Administrative Records Defendants lodged with the Clerk's Office on June 27, 2017 [ECF No. 91].

NOTICE OF FILING
SUPPLEMENTAL PAPER
OR PHYSICAL MATERIALS
WITH THE CLERK
Case No. 2:17-cv-00218-RSM-JPD

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-4193

1

| | |
|---|---|
| DATED: September 18, 2018 | Respectfully submitted, |
| JOSEPH H. HUNT<br>Assistant Attorney General | JEFFREY S. ROBINS<br>Assistant Director |
| WILLIAM C. PEACHEY<br>Director | */s/ James J. Walker*<br>JAMES J. WALKER<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>Washington, D.C. 20044<br>Tel.: (202) 532-4468<br>Fax: (202) 305-7000<br>Email: james.walker3@usdoj.gov<br>Counsel for Defendants |

NOTICE OF FILING
SUPPLEMENTAL PAPER
OR PHYSICAL MATERIALS
WITH THE CLERK
Case No. 2:17-cv-00218-RSM-JPD

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 305-4193

2

## **CERTIFICATE OF SERVICE**

1

2   I HEREBY CERTIFY that on September 18, 2018, I electronically filed the foregoing

3  document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document

4  should automatically be served this day on all counsel of record *via* transmission of Notices of

5  Electronic Filing generated by CM/ECF.

6

7   */s/ James J. Walker*
   JAMES J. WALKER
8   Trial Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| NOTICE OF FILING | U.S. Department of Justice, Civil Division |
| SUPPLEMENTAL PAPER | Office of Immigration Litigation |
| OR PHYSICAL MATERIALS | P.O. Box 868, Ben Franklin Station |
| WITH THE CLERK | Washington, D.C. 20044 |
| Case No. 2:17-cv-00218-RSM-JPD | (202) 305-4193 |

3