# Exhibit A

| | |
|---|---|
| **From:** | Robinson, Brandon M |
| **To:** | Robinson, Brandon M |
| **Subject:** | FW: URGENT FW: Current Criminal History Analysis |
| **Date:** | Monday, September 10, 2018 8:27:04 AM |

**From:** Shafii-Stier, Sara A
**Sent:** Tuesday, March 20, 2018 9:45 AM
**To:** Woerz, Bret A
**Cc:** DeBoer, Allan S; Posvar, Sarah C; Freeman, Mark C; Robinson, Brandon M; Jenkins, Jennifer L
**Subject:** FW: URGENT FW: Current Criminal History Analysis

Hi Bret,

Below are the criminal history analyses for the cases you requested. We should have the entire spreadsheet completed by this afternoon, so Jenni or I will get that over to you as soon as possible.

**Daniel RAMIREZ MEDINA,** ▮▮▮▮▮▮▮▮

**Description of Current Criminal History:** No criminality on rap sheet. Gang information obtained from EARM, ICE interview of DACA recipient. HOWEVER, there is not sufficient evidence to conclude he is currently a known or suspected gang member. If this was a pending case, it would have been further vetted and likely referred to a field office for a gang interview. There is NOT sufficient evidence to conclude this person is an EPS concern.

No checkboxes checked

▮▮▮▮▮▮ PII ▮▮▮▮▮▮

[redacted content]

▮▮▮▮▮ PII ▮▮▮▮▮

[redacted content]

Please let us know if you need any additional information.

Thank you,

Sara A. Shafii-Stier | Supervisory Immigration Services Officer

USCIS Nebraska Service Center | DACA Background Check Unit | ▉▉▉▉▉▉▉

☎: ▉▉▉▉▉▉▉ | Cell: ▉▉▉▉▉▉▉ | ✉: ▉▉▉▉▉▉▉▉▉▉▉▉▉.

---

**From:** Woerz, Bret A
**Sent:** Monday, March 19, 2018 3:12 PM
**To:** Jenkins, Jennifer L; Shafii-Stier, Sara A
**Cc:** DeBoer, Allan S; Posvar, Sarah C; Freeman, Mark C; Robinson, Brandon M
**Subject:** RE: URGENT FW: Current Criminal History Analysis

Please see OCC adjustments in the list below… they are checking with plaintiff on the name that is completely stricken

---

**From:** Woerz, Bret A
**Sent:** Monday, March 19, 2018 3:45 PM
**To:** Jenkins, Jennifer L; Shafii-Stier, Sara A
**Cc:** DeBoer, Allan S; Posvar, Sarah C; Freeman, Mark C; Robinson, Brandon M
**Subject:** URGENT FW: Current Criminal History Analysis
**Importance:** High

Good afternoon,

My apologies for this extremely quick turnaround. I am on a C3 process and NTA call right now but received the below email for urgent action. I confirmed that the group below appears on the NSC list. Can your group prioritize these ASAP?

V/r,

Bret

---

**From:** Hinds, Ian G
**Sent:** Monday, March 19, 2018 3:34 PM
**To:** Woerz, Bret A
**Cc:** Ooi, Maura M; Smith, Alice J
**Subject:** Current Criminal History Analysis

Bret,

Plaintiffs' counsel have identified the individuals listed below as class members. ACP, AWP ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ Let us know if you have any questions.

SCAR000213



Thanks,
Ian

*Ian G. Hinds*
*Special Counsel*
*USCIS Office of the Chief Counsel*

**ATTORNEY-CLIENT PRIVILEGE\*\*\*ATTORNEY WORK PRODUCT\*\*\*INTERNAL GOVERNMENT USE ONLY**

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this message in error, please reply immediately to the sender and delete this message.*