# Exhibit I

February 17, 2017

U.S. Department of Homeland Security
U S Citizenship and Immigration Services
P O Box 82521
Lincoln, NE 68501-2521



DANIEL RAMIREZ MEDINA

RE: I-821D, Deferred Action for Childhood Arrivals

A

### NOTICE OF ACTION

On February 29, 2016, you filed Form I-821D, Consideration of Deferred Action for Childhood Arrivals. USCIS approved your Form I-821D on May 5, 2016, deferring your removal from the United States.

On February 10, 2017, Immigration & Customs Enforcement (ICE) issued you a Notice to Appear (NTA).

USCIS is notifying you that your deferred action as a childhood arrival and your employment authorization terminated automatically as of the date your NTA was issued. You must return your Employment Authorization Document (EAD) to USCIS immediately. Continued use of your EAD after authorization for employment has been terminated is considered fraudulent use of your EAD. Such fraudulent use of your EAD could result in a referral to law enforcement. Send a copy of this notice and your EAD to:

Nebraska Service Center
PO Box 82521
Lincoln NE 68501-2521

Deferred action is a discretionary determination to defer removal action of an individual as an act of prosecutorial discretion. An appeal or motion to reopen/reconsider this notice of action may not be filed on behalf of the requestor.

Sincerely,



Mark J. Hazuda
Director
Officer: TR 0995