# Exhibit J

U.S. Immigration and Customs Enforcement

## NOTICE TO EOIR: ALIEN ADDRESS

Date: __March 29, 2017__

TAC-C-1700221

To: Enter Name of BIA or Immigration Court I-830 __EOIR TACOMA, WA__

  Enter BIA or Immigration Court Three Letter Code@usdoj.gov __AIR__

From: Enter Name of ICE Office __Northwest Detention Center__

  Enter the Street Address of ICE Office __1623 East J Street Suite 2__

  Enter city, State and Zip Code of ICE Office __Tacoma, WA 98421__

Respondent: Enter Respondent's Name __Ramirez-Medina, Daniel__

  Alien File No: A █████████

---

This is to notify you that this respondent is:

☐  Currently incarcerated by federal, state or local authorities.  A charging document has been served on the respondent and an Immigration Detainer - Notice of Action by the ICE (Form I-247) has been filed with the institution shown below.  He/she is incarcerated at:

Enter Name of Institution where Respondent is being detained _____

Enter Street Address of Institution where Respondent is being detained _____

Enter City, State and Zip code of Institution where Respondent is being detained _____

**Enter Respondent's Inmate Number** _____

His/her anticipated release date is Enter Respondent's Anticipated Release Date. _____

☐ Detained by ICE on **Enter Date Respondent was Detained by ICE** at: _____

Enter Name of ICE Detention Facility where Respondent is being detained_____

Enter Street Address of ICE Detention Facility where Respondent is being detained_____

Enter City, State and Zip code of ICE Detention Facility where Respondent is being detained _____

☐  Detained by ICE and transferred on **Enter Date Respondent was transferred** to: _____

Enter Name of ICE Detention facility where Respondent has been transferred _____

Enter Street Address of ICE Detention Facility where Respondent has been transferred _____

Enter City, State and Zip Code of ICE Detention Facility where Respondent has been transferred _____

☒  Released from ICE custody on the following condition(s):

  ☐  Order of Supervision or Own Recognizance (Form I-220A)

  ☒  Bond in the amount of Enter Dollar Amount of Respondent's Bond  15,000.00

  ☐  Removed, Deported, or Excluded

  ☐  Other

---

Upon release from ICE custody, the respondent reported his/her address and telephone number would be:

Enter Respondent's Street Address █████████████

Enter Respondent's City, State and Zip Code █████████████

Enter Respondent's Telephone Number (including area code) █████████

☒  I hereby certify that the respondent was provided an EOIR-33 Form and notified that they must inform the Immigration Court of any further change of address.

ICE Official: Enter Your First, Last Name and Title __J. ARROYO, Deportation Officer__

ICE Form I-830E (09/09)