# Exhibit K

U.S. DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
1623 EAST J STREET   SUITE 3
TACOMA, WA 98421

IN THE MATTER OF:                                                      FILE: A

**RAMIREZ-MEDINA, DANIEL**

Docket: **TACOMA, WA**

RESPONDENT                              IN REMOVAL PROCEEDINGS

## CUSTODY ORDER OF THE IMMIGRATION JUDGE

Request having been made for a change in the custody status of the respondent pursuant to 8 C.F.R. Part 236 and having considered the representations of the Immigration and Customs Enforcement and the respondent, it is HEREBY ORDERED that:

\_\_\_\_\_ No Action _____

\_\_\_\_\_ ORDERED No Jurisdiction:

\_\_\_\_\_ Arriving Alien.
\_\_\_\_\_ Mandatory Detention under 236(c).
\_\_\_\_\_ Reinstated Order of Removal / Final Order of Removal
\_\_\_\_\_ Withholding Only Proceedings
\_\_\_\_\_ Does not meet the 180 day requirement.

\_\_\_\_\_ ORDERED that the request for a change in custody status be denied.
Bond to remain at $_____ or REMAINS AT NO BOND.

X   ORDERED that the request be granted and that respondent be released from custody under bond of $ 15,000.00

\_\_\_\_\_ Danger to Community / Flight Risk.

X   OTHER Conditional release is: granted / denied / was not requested.

John C. Odell
Immigration Judge
Date: March 28, 2017

Appeal: WAIVED / RESERVED (A / I / B)
**IF RESERVED – APPEAL IS DUE BY: April 27, 2017**

CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:   MAIL (M)   PERSONAL SERVICE (P)   FAX (F)
TO:   [ ] ALIEN   [ ] ALIEN c/o Custodial Officer   [P] Alien's ATT/REP   [P] ICE
DATE:   03/28/17 _____   BY: COURT STAFF   ndlt \_ndlt
Attachments:   [ ] EOIR-33   [ ] EOIR-28   [ ] Legal Services List   [ ] Other

1T