# Exhibit L

| Receipt Number | | Case Type | |
|---|---|---|---|
| IOE0900414398 | | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION | |
| **Received Date** | **Priority Date** | **Applicant** | |
| 03/02/2016 | | RAMIREZ MEDINA, DANIEL | |
| **Notice Date** | **Page** | | |
| 03/30/2018 | 1 of 1 | | |

RAMIREZ MEDINA, DANIEL

**Notice Type:** Reinstatement Notice

Pursuant to a court order issued by the U.S. District Court for the Central District of California on February 26, 2018, and modified on March 20, 2018, in Inland Empire et al. v. Nielsen et al., No. 5:17-cv-02048 (C.D. Ca.), USCIS has reopened your Form I-821D and Form I-765, withdrawn the termination, reinstated your DACA and employment authorization from *05/05/2016*, and has extended your DACA and employment authorization to *5/15/2018*.

An employment authorization document will be mailed separately.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521

**Customer Service Telephone:** 800-375-5283

