The Hon. Ricardo S. Martinez
Chief United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL RAMIREZ MEDINA,<br>   Plaintiff,<br> v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>   Defendants. | Case No. 2:17-cv-00218-RSM-JPD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Noted for Consideration: June 4, 2019 |

  Pursuant to LCR 10(g), Defendants U.S. Department of Homeland Security, *et al.*, and Plaintiff Daniel Ramirez Medina (together, "the Parties"), hereby stipulate to seek an order of the Court extending the time for Defendants to respond to Plaintiff's Third Amended Complaint [ECF No. 140, filed May 30, 2019] by 4 weeks. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants' current response deadline is June 12, 2019. Under the Parties' stipulation, Defendants' new response deadline would be July 10, 2019.

  Good cause exists to extend Defendants' deadline where counsel for Defendants' were preparing for a hearing on May 31, 2019, which was ultimately canceled late in the day on May 30, and are presently preparing for a Ninth Circuit oral argument on June 13, 2019, in an appeal of the DACA-related case, *Inland Empire-Immigrant Youth Collective v. Duke*, 2017 WL 5900061 (C.D. Cal. Nov. 20, 2017). Counsel for Defendants have additional filing deadlines as

Stipulation to Extend Time
Case No. 2:17-cv-00218-RSM-JPD

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4468

1

1  well as the upcoming July 4th holiday that further justify this requested 4-week extension to a
2  new response deadline of July 10, 2019.
3
4  It is so ordered, this ____ day of June, 2019.
5
6                                           The Hon. Ricardo S. Martinez
                                            Chief United States District Judge
7

Stipulation to Extend Time
Case No. 2:17-cv-00218-RSM-JPD

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4468

2

DATED: June 4, 2019 Respectfully submitted,

| | |
|---|---|
| CHAD A. READLER<br>Acting Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director<br><br>JEFFREY S. ROBINS<br>Deputy Director | */s/ James J. Walker*<br>JAMES J. WALKER<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 532-4468<br>Fax: (202) 305-7000<br>Email: james.walker3@usdoj.gov<br><br>*Attorneys for Defendants* |
| PUBLIC COUNSEL<br>MARK D. ROSENBAUM (CA SBN 59940),<br>*pro hac vice*<br>mrosenbaum@publiccounsel.org<br>JUDY LONDON (CA SBN 149431), *pro hac vice*<br>jlondon@publiccounsel.org<br>KATHRYN A. EIDMANN (CA SBN 268053), *pro hac vice*<br>keidmann@publiccounsel.org<br>610 South Ardmore Avenue<br>Los Angeles, CA 90005<br>Telephone: (213) 385-2977<br>Facsimile: (213) 385-9089<br><br>GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS, JR. (CA SBN 132099), *pro hac vice*<br>tboutrous@gibsondunn.com<br>KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*<br>kmarquart@gibsondunn.com | |
| | */s/ Nathaniel L. Bach* (with permission)<br>NATHANIEL L. BACH (CA SBN 246518), *pro hac vice*<br>nbach@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197 |

Stipulation to Extend Time
Case No. 2:17-cv-00218-RSM-JPD

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4468

3

Telephone: (213) 229-7000
Facsimile: (213) 229-7520

ETHAN D. DETTMER (CA SBN 196046),
*pro hac vice*
edettmer@gibsondunn.com
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

ERWIN CHEMERINSKY (DC SBN 289330;
IL SBN 3122596), *pro hac vice*
echemerinsky@law.berkeley.edu
University of California, Berkeley School of Law
*\*Affiliation for identification purposes only*
215 Boalt Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

*Attorneys for Plaintiff*

Stipulation to Extend Time
Case No. 2:17-cv-00218-RSM-JPD

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4468

4

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document should automatically be served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ James J. Walker*
JAMES J. WALKER
Trial Attorney
U.S. Department of Justice

Stipulation to Extend Time
Case No. 2:17-cv-00218-RSM-JPD

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4468

5