UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL RAMIREZ MEDINA,<br>    Plaintiff,<br>  v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>    Defendants. | Case No. C17-218 RSM-JPD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT AND ORDER** |

## STIPULATION

Pursuant to LCR 10(g), Defendants U.S. Department of Homeland Security, *et al.*, and Plaintiff Daniel Ramirez Medina (together, "the Parties"), hereby stipulate to seek an order of the Court extending the time for Defendants to respond to Plaintiff's Third Amended Complaint [ECF No. 140, filed May 30, 2019] by 4 weeks. Pursuant to Fed. R. Civ. P. 15(a)(3), Defendants' current response deadline is June 12, 2019. Under the Parties' stipulation, Defendants' new response deadline would be July 10, 2019.

Good cause exists to extend Defendants' deadline where counsel for Defendants' were preparing for a hearing on May 31, 2019, which was ultimately canceled late in the day on May 30, and are presently preparing for a Ninth Circuit oral argument on June 13, 2019, in an appeal of the DACA-related case, *Inland Empire-Immigrant Youth Collective v. Duke*, 2017 WL 5900061 (C.D. Cal. Nov. 20, 2017). Counsel for Defendants have additional filing deadlines as

well as the upcoming July 4th holiday that further justify this requested 4-week extension to a new response deadline of July 10, 2019.

**ORDER**

IT IS HEREBY ORDERED this 5th day of June 2019.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT
AND ORDER**

DATED: June 4, 2019 Respectfully submitted,

| | |
|---|---|
| CHAD A. READLER<br>Acting Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director<br><br>JEFFREY S. ROBINS<br>Deputy Director | */s/ James J. Walker*<br>JAMES J. WALKER<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 532-4468<br>Fax: (202) 305-7000<br>Email: james.walker3@usdoj.gov<br><br>*Attorneys for Defendants* |

PUBLIC COUNSEL
MARK D. ROSENBAUM (CA SBN 59940),
*pro hac vice*
mrosenbaum@publiccounsel.org
JUDY LONDON (CA SBN 149431), *pro hac vice*
jlondon@publiccounsel.org
KATHRYN A. EIDMANN (CA SBN 268053), *pro hac vice*
keidmann@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. (CA SBN 132099), *pro hac vice*
tboutrous@gibsondunn.com
KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*
kmarquart@gibsondunn.com

                                        */s/ Nathaniel L. Bach* (with permission)
                                        NATHANIEL L. BACH (CA SBN 246518),
                                        *pro hac vice*
                                        nbach@gibsondunn.com
                                        333 South Grand Avenue

**STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT
AND ORDER**

Los Angeles, CA 90071-3197  
Telephone: (213) 229-7000  
Facsimile: (213) 229-7520

ETHAN D. DETTMER (CA SBN 196046),
*pro hac vice*
edettmer@gibsondunn.com
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

ERWIN CHEMERINSKY (DC SBN 289330;
IL SBN 3122596), *pro hac vice*
echemerinsky@law.berkeley.edu
University of California, Berkeley School of Law
\*Affiliation for identification purposes only
215 Boalt Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

*Attorneys for Plaintiff*

**STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT
AND ORDER**