The Hon. Ricardo S. Martinez
Chief United States District Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL RAMIREZ MEDINA,<br>         Plaintiff,<br>     v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>         Defendants. | Case No. 2:17-cv-00218-RSM-JPD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>Noted for Consideration: July 8, 2019 |

Pursuant to LCR 10(g), Defendants U.S. Department of Homeland Security, *et al.*, and Plaintiff Daniel Ramirez Medina (together, "the Parties"), hereby stipulate to seek an order of the Court extending the time for Defendants to answer, plead, or otherwise respond to Plaintiff's Third Amended Complaint [ECF No. 140, filed May 30, 2019] by four weeks. Pursuant to this Court's order of June 5, 2019, granting the Parties' first stipulated extension, Defendants' current

Stipulation to Extend Time
Case No. 2:17-cv-00218-RSM-JPD

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4468

1

1  response deadline is July 10, 2019 [ECF No. 146]. Under the Parties' stipulation, Defendants'
2  new response deadline would be August 7, 2019.
3        Good cause exists to extend Defendants' deadline where counsel for Defendants' are
4  preparing for a Ninth Circuit oral argument on July 11, 2019, and have additional deadlines in
5  two other cases, as well as personal commitments during the week of July 15, 2019.
6        Counsel for Plaintiff support this extension of Defendants' deadline to respond in order to
7  first give the Court the opportunity to rule on Mr. Ramirez's Motion for Second Preliminary
8  Injunction, or, in the Alternative, to Compel Compliance with Preliminary Injunction Order
9  [ECF No. 147], rather than burden the Court with a second motion presenting some overlapping
10 arguments.
11
12
13 It is so ordered, this ____ day of July, 2019.
14
15                                                The Hon. Ricardo S. Martinez
                                               Chief United States District Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation to Extend Time  
Case No. 2:17-cv-00218-RSM-JPD

U.S. Department of Justice, Civil Division  
Office of Immigration Litigation  
P.O. Box 868, Ben Franklin Station  
Washington, D.C. 20044  
(202) 532-4468

2

| | | |
|---|---|---|
| 1 | DATED: July 9, 2019 | Respectfully submitted, |
| 2 | CHAD A. READLER | /s/ James J. Walker |
| 3 | Acting Assistant Attorney General | JAMES J. WALKER<br>Trial Attorney |
| 4 | WILLIAM C. PEACHEY<br>Director | U.S. Department of Justice<br>Civil Division |
| 5 | | Office of Immigration Litigation |
| 6 | JEFFREY S. ROBINS<br>Deputy Director | District Court Section<br>P.O. Box 868, Ben Franklin Station |
| 7 | | Washington, D.C. 20044<br>Phone: (202) 532-4468 |
| 8 | | Fax: (202) 305-7000<br>Email: james.walker3@usdoj.gov |
| 9 | | |
| 10 | | *Attorneys for Defendants* |
| 11 | PUBLIC COUNSEL<br>MARK D. ROSENBAUM (CA SBN 59940), | |
| 12 | *pro hac vice* | |
| 13 | mrosenbaum@publiccounsel.org<br>JUDY LONDON (CA SBN 149431), *pro hac* | |
| 14 | *vice* | |
| 15 | jlondon@publiccounsel.org<br>KATHRYN A. EIDMANN (CA SBN | |
| 16 | 268053), *pro hac vice*<br>keidmann@publiccounsel.org | |
| 17 | 610 South Ardmore Avenue | |
| 18 | Los Angeles, CA 90005<br>Telephone: (213) 385-2977 | |
| 19 | Facsimile: (213) 385-9089 | |
| 20 | GIBSON, DUNN & CRUTCHER LLP | |
| 21 | THEODORE J. BOUTROUS, JR. (CA SBN<br>132099), *pro hac vice* | |
| 22 | tboutrous@gibsondunn.com<br>KATHERINE M. MARQUART (CA SBN | |
| 23 | 248043), *pro hac vice* | |
| 24 | kmarquart@gibsondunn.com | |
| 25 | | /s/ Nathaniel L. Bach (with permission) |
| 26 | | NATHANIEL L. BACH (CA SBN 246518),<br>*pro hac vice* |
| 27 | | nbach@gibsondunn.com<br>333 South Grand Avenue |
| 28 | | Los Angeles, CA 90071-3197 |

Stipulation to Extend Time
Case No. 2:17-cv-00218-RSM-JPD

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4468

3

Telephone: (213) 229-7000
Facsimile: (213) 229-7520

ETHAN D. DETTMER (CA SBN 196046),
*pro hac vice*
edettmer@gibsondunn.com
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

ERWIN CHEMERINSKY (DC SBN 289330;
IL SBN 3122596), *pro hac vice*
echemerinsky@law.berkeley.edu
University of California, Berkeley School of Law
*\*Affiliation for identification purposes only*
215 Boalt Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

*Attorneys for Plaintiff*

Stipulation to Extend Time
Case No. 2:17-cv-00218-RSM-JPD

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4468

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document should automatically be served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF.

> */s/ James J. Walker*
> JAMES J. WALKER
> Trial Attorney
> U.S. Department of Justice

Stipulation to Extend Time
Case No. 2:17-cv-00218-RSM-JPD

U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 532-4468

5