UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL RAMIREZ MEDINA,<br>        Plaintiff,<br>    v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>        Defendants. | Case No. C17-218 RSM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT** |

Pursuant to LCR 10(g), Defendants U.S. Department of Homeland Security, *et al.*, and Plaintiff Daniel Ramirez Medina (together, "the Parties"), hereby stipulate to seek an order of the Court extending the time for Defendants to answer, plead, or otherwise respond to Plaintiff's Third Amended Complaint [ECF No. 140, filed May 30, 2019] by four weeks. Pursuant to this Court's order of June 5, 2019, granting the Parties' first stipulated extension, Defendants' current response deadline is July 10, 2019 [ECF No. 146]. Under the Parties' stipulation, Defendants' new response deadline would be August 7, 2019.

Good cause exists to extend Defendants' deadline where counsel for Defendants' are preparing for a Ninth Circuit oral argument on July 11, 2019, and have additional deadlines in two other cases, as well as personal commitments during the week of July 15, 2019.

Counsel for Plaintiff support this extension of Defendants' deadline to respond in order to first give the Court the opportunity to rule on Mr. Ramirez's Motion for Second Preliminary Injunction, or, in the Alternative, to Compel Compliance with Preliminary Injunction Order

[ECF No. 147], rather than burden the Court with a second motion presenting some overlapping arguments.

**IT IS SO ORDERED** this 18th day of July 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DATED: July 9, 2019 | Respectfully submitted, |
| CHAD A. READLER<br>Acting Assistant Attorney General | /s/ James J. Walker<br>JAMES J. WALKER<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 532-4468<br>Fax: (202) 305-7000<br>Email: james.walker3@usdoj.gov |
| WILLIAM C. PEACHEY<br>Director | |
| JEFFREY S. ROBINS<br>Deputy Director | |
| | *Attorneys for Defendants* |

PUBLIC COUNSEL
MARK D. ROSENBAUM (CA SBN 59940), *pro hac vice*
mrosenbaum@publiccounsel.org
JUDY LONDON (CA SBN 149431), *pro hac vice*
jlondon@publiccounsel.org
KATHRYN A. EIDMANN (CA SBN 268053), *pro hac vice*
keidmann@publiccounsel.org
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. (CA SBN 132099), *pro hac vice*
tboutrous@gibsondunn.com
KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*
kmarquart@gibsondunn.com

/s/ *Nathaniel L. Bach* (with permission)
NATHANIEL L. BACH (CA SBN 246518), *pro hac vice*
nbach@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000

Facsimile: (213) 229-7520

ETHAN D. DETTMER (CA SBN 196046),
*pro hac vice*
edettmer@gibsondunn.com
555 Mission Street
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

ERWIN CHEMERINSKY (DC SBN 289330;
IL SBN 3122596), *pro hac vice*
echemerinsky@law.berkeley.edu
University of California, Berkeley School of Law
*\*Affiliation for identification purposes only*
215 Boalt Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

*Attorneys for Plaintiff*