The Honorable Ricardo S. Martinez
Chief United States District Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANIEL RAMIREZ MEDINA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　　　　Defendants. | CASE NO. 2:17-CV-00218-RSM-JPD<br><br>**NOTICE OF ADDRESS CHANGE FOR PLAINTIFF'S COUNSEL LEAH M. LITMAN** |

PLEASE TAKE NOTICE that Leah M. Litman, counsel for Plaintiff and previously of the University of California, Irvine School of Law, has moved.  Her updated information is as follows:

LEAH M. LITMAN (DC SBN 1016310), *pro hac vice*
　lmlitman@umich.edu
University of Michigan Law School
*\*Affiliation for identification purposes only*
701 South State Street
Ann Arbor, Michigan 48104
Telephone: (734) 764-0549

1     DATED: August 27, 2019

2     Seattle, Washington

                        Respectfully submitted,

*/s/ Theodore J. Boutrous Jr.*
GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS, JR. (CA SBN 132099), *pro hac vice*
ETHAN D. DETTMER (CA SBN 196046), *pro hac vice*
KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*
NATHANIEL L. BACH (CA SBN 246518), *pro hac vice*

PUBLIC COUNSEL
MARK D. ROSENBAUM (CA SBN 59940), *pro hac vice*
JUDY LONDON (CA SBN 149431), *pro hac vice*
KATHRYN A. EIDMANN (CA SBN 268053), *pro hac vice*

IMMIGRANT ADVOCACY & LITIGATION CENTER, PLLC
LUIS CORTES ROMERO (CA SBN 310852), *pro hac vice*

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document should automatically be served this day on all counsel of record via transmission of Notices of Electronic filing generated by CM/ECF.

/s/ *Theodore J. Boutrous Jr.*