# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANIEL RAMIREZ MEDINA,
    Plaintiff,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al*,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. C17-218 RSM

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT: Plaintiff's Motion for Second Preliminary Injunction, Or, in the Alternative, to Compel Compliance with Preliminary Injunction Order (Dkt. #147) is DENIED. Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint and Motion for Summary Judgment (Dkt. #152) is GRANTED. All of Mr. Ramirez's claims asserted in his Third Amended Complaint (Dkt. #144) are DISMISSED without prejudice. This matter is CLOSED.

Dated this 9th day of October 2019.

WILLIAM M. MCCOOL
Clerk

/s/ Paula McNabb
Deputy Clerk