The Honorable Ricardo S. Martinez
Chief United States District Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DANIEL RAMIREZ MEDINA,<br><br>                Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>                Defendants. | CASE NO. 2:17-CV-00218-RSM-JPD<br><br>**NOTICE OF APPEAL** |

Plaintiff Daniel Ramirez Medina hereby appeals the following order and entry of judgment of this Court to the Ninth Circuit Court of Appeals:

- October 9, 2019 order denying Plaintiff's motion for second preliminary injunction, granting Defendants' motion to dismiss Plaintiff's third amended complaint and motion for summary judgment, and dismissing all of Plaintiff's claims asserted in his Third Amended Complaint (ECF Dkt. No. 159); and

- October 9, 2019 judgment entered pursuant to the October 9, 2019 order (ECF Dkt. No. 160).

DATED: December 6, 2019

Seattle, Washington

Respectfully submitted,

/s/ *Theodore J. Boutrous Jr.*
GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS JR. (CA SBN 132099), *pro hac vice*
ETHAN D. DETTMER (CA SBN 196046), *pro hac vice*
KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*
NATHANIEL L. BACH (CA SBN 246518), *pro hac vice*

/s/ *Mark D. Rosenbaum*
PUBLIC COUNSEL
MARK D. ROSENBAUM (CA SBN 59940), *pro hac vice*
JUDY LONDON (CA SBN 149431), *pro hac vice*
KATHRYN A. EIDMANN (CA SBN 268053), *pro hac vice*

/s/ *Luis Cortes Romero*
IMMIGRANT ADVOCACY & LITIGATION CENTER, PLLC
LUIS CORTES ROMERO (CA SBN 310852), *pro hac vice*

Attorneys for Plaintiff

# REPRESENTATION STATEMENT

Plaintiff-Appellant Daniel Ramirez Medina submits this Representation Statement pursuant to Federal Rule of Appellate Procedure 12(b) and Circuit Rule 3-2(b). The following list identifies all parties to this action and the names, addresses, telephone numbers, and email addresses of their respective counsel.

| Plaintiff-Appellant | Counsel of Record |
|---|---|
| Daniel Ramirez Medina | PUBLIC COUNSEL<br>MARK D. ROSENBAUM (CA SBN 59940), *pro hac vice*<br>  mrosenbaum@publiccounsel.org<br>JUDY LONDON (CA SBN 149431), *pro hac vice*<br>  jlondon@publiccounsel.org<br>KATHRYN A. EIDMANN (CA SBN 268053), *pro hac vice*<br>  keidmann@publiccounsel.org<br>610 South Ardmore Avenue<br>Los Angeles, CA 90005<br>Telephone: (213) 385-2977<br>Facsimile: (213) 385-9089<br><br>GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS JR. (CA SBN 132099), *pro hac vice*<br>  tboutrous@gibsondunn.com<br>KATHERINE M. MARQUART (CA SBN 248043), *pro hac vice*<br>  kmarquart@gibsondunn.com<br>NATHANIEL L. BACH (CA SBN 246518), *pro hac vice*<br>  nbach@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-7520<br><br>ETHAN D. DETTMER (CA SBN 196046), *pro hac vice*<br>  edettmer@gibsondunn.com<br>555 Mission Street<br>San Francisco, CA 94105<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br><br>ERWIN CHEMERINSKY (DC SBN 289330; IL SBN 3122596), *pro hac vice*<br>  echemerinsky@law.berkeley.edu<br>University of California, Berkeley School of Law |

*Affiliation for identification purposes only
215 Boalt Hall
Berkeley, CA 94720-7200
Telephone: (510) 642-6483

LEAH M. LITMAN (DC SBN 1016310), *pro hac vice*
  lmlitman@umich.edu
University of Michigan Law School
*Affiliation for identification purposes only
701 South State Street
Ann Arbor, Michigan 48104
Telephone: (734) 764-0549

LAURENCE H. TRIBE (MA SBN 126736; CA SBN 039441),
*pro hac vice*
  larry@tribelaw.com
Harvard Law School
*Affiliation for identification purposes only
1575 Massachusetts Avenue
Cambridge, MA 02138
Telephone: (617) 495-1767

ELIZABETH HAWKINS (SBN 43187)
  ehawkins@hawkinsimmigration.com
Hawkins Law Group
17544 Midvale Avenue, Suite 301
Shoreline, WA 98133
Telephone: (206) 728-4220
Facsimile: (206) 973-5326

IMMIGRANT ADVOCACY & LITIGATION CENTER, PLLC
LUIS CORTES ROMERO (CA SBN 310852), *pro hac vice*
  lcortes@ia-lc.com
19309 68th Avenue South, Suite R-102
Kent, WA 98032
Telephone: (253) 872-4730
Facsimile: (253) 237-1591

NORTHWEST IMMIGRANT RIGHTS PROJECT
MATT ADAMS (SBN 28287)
  matt@nwirp.org
615 Second Ave., Suite 400
Seattle, WA 98104
Telephone:  (206) 957-8611

*(continued on next page)*

| Defendants-Appellees | Counsel of Record |
|---|---|
| U.S. Department of Homeland Security<br><br>U.S. Citizenship and Immigration Services<br><br>U.S. Immigration and Customs Enforcement<br><br>U.S. Customs and Border Protection | JAMES J. WALKER<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 532-4468<br>Fax: (202) 305-7000<br>Email: james.walker3@usdoj.gov<br><br>JEFFREY S. ROBINS<br>Assistant Director<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 616-1246<br>Fax: (202) 305-7000<br>Email: jeffrey.robins@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document should automatically be served this day on all counsel of record via transmission of Notices of Electronic filing generated by CM/ECF.

/s/ *Theodore J. Boutrous Jr.*